**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS J. HEEG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04398-KNS <br><br> Hon. Kai N. Scott <br> District Judge <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04487-KNS |
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04842-KNS <br><br> e |

**MOTION OF RUTH ASSET MANAGEMENT AB FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

Ruth Asset Management AB ("Ruth") respectfully moves this Court for the entry of an Order: (1) consolidating the above-captioned, related actions; (2) appointing Ruth as Lead Plaintiff pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Ruth's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Ruth is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, Ruth submits herewith the Memorandum of Law in Support of the Motion of Ruth Asset Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, the Declaration of Naumon A. Amjed in Support thereof and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Ruth respectfully requests oral argument.

Dated:  January 8, 2024

Respectfully submitted,

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Darren J. Check (PA #86279)
Ryan T. Degnan (PA #309305)
Geoffrey C. Jarvis (PA #75473)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
gjarvis@ktmc.com

*Counsel for Ruth Asset Management AB and Proposed Lead Counsel for the Class*

1

**CERTIFICATE OF SERVICE**

I, Naumon A. Amjed, hereby certify that on January 8, 2024, I caused a true and correct copy of the foregoing Motion of Ruth Asset Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Ruth Asset Management AB and Proposed Lead Counsel for the Class*

2