**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS J. HEEG, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>     v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br>     Defendants. | Case No. 2:23-cv-04398-KNS <br><br> Hon. Kai N. Scott <br> District Judge <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, on Behalf of Itself and All Other Similarly Situated, <br><br>     Plaintiff, <br><br>     vs. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br>     Defendants. | Case No. 2:23-cv-04487-KNS <br><br> <u>CLASS ACTION</u> |
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>     v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br>     Defendants. | Case No. 2:23-cv-04842-KNS <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF RUTH ASSET MANAGEMENT AB FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Naumon A. Amjed, declare as follows:

I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the Motion of Ruth Asset Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn Certification of Ruth Asset Management AB pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart of Ruth Asset Management AB's transactions and losses in FMC Corporation common stock during the Class Period;

Exhibit C:    Notice of pendency of *Heeg v. FMC Corporation, et al.*, No. 2:23-cv-04398-KNS (E.D. Pa.), published on November 9, 2023, in *Globe Newswire*;

Exhibit D:    Firm Profile of Kessler Topaz; and

Exhibit E:    *The Legal Intelligencer Announces 2023 Professional Excellence Award Winners*, LEGAL INTELLIGENCER, Apr. 18, 2023.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of January 2024.

*s/ Naumon A. Amjed*

1

Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Ruth Asset Management AB and
Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, Naumon A. Amjed, hereby certify that on January 8, 2024, I caused a true and correct copy of the foregoing Declaration of Naumon A. Amjed in Support of the Motion of Ruth Asset Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Naumon A. Amjed*
Naumon A. Amjed (PA #309520)
**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

*Counsel for Ruth Asset Management AB and Proposed Lead Counsel for the Class*

3