# EXHIBIT A

## CERTIFICATION

Ruth Asset Management AB ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Plaintiff's Class Period purchase and sale transactions in the FMC Corporation securities that are the subject of this action are attached in Schedule A.

4.      Plaintiff has full power and authority to bring suit to recover for the investment losses suffered by its Funds listed in the attached Schedule A.

5.      Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.      I, Niklas Söderström, Chief Executive Officer of Ruth Asset Management AB, am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7.      Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification.

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of December 2023.

**Ruth Asset Management AB**

By: _____

Niklas Söderström
*Chief Executive Officer*

## SCHEDULE A

### NAVENTI BALANSERAD FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 14,928 | $105.74 |
| Common Stock | BUY | 9/9/2022 | 30,555 | $112.63 |
| Common Stock | BUY | 6/12/2023 | 8,943 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 3,909 | $127.96 |
| Common Stock | SELL | 3/15/2023 | 4,415 | $116.94 |
| Common Stock | SELL | 5/16/2023 | 2,562 | $109.04 |

### NAVENTI DEFENSIV FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 1,849 | $105.08 |
| Common Stock | BUY | 9/9/2022 | 3,637 | $112.59 |
| Common Stock | BUY | 6/12/2023 | 1,059 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 572 | $127.91 |
| Common Stock | SELL | 3/15/2023 | 394 | $116.94 |
| Common Stock | SELL | 5/16/2023 | 670 | $109.04 |

### NAVENTI OFFENSIV FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 26,220 | $105.91 |
| Common Stock | BUY | 9/9/2022 | 52,299 | $112.66 |
| Common Stock | BUY | 6/12/2023 | 21,307 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 6,025 | $128.02 |

# Verification

Transaction 09222115557507337864

## Document

FMC - LP Certification (Ruth Asset Management) v2 final
Main document
3 pages
*Initiated on 2023-12-22 11:06:02 CET (+0100) by Daniel
Peiro (DP)*
*Finalised on 2023-12-22 11:26:23 CET (+0100)*

## Initiator

Daniel Peiro (DP)
Ruth Asset Management AB
ID number 7309200330
Company reg. no. 556630-5659
*daniel.peiro@naventi.se*
+46730731762

## Signatories

Niklas Söderström (NS)
*ID number 197705240310*
*niklas.soderstrom@ruthassetmanagement.com*





*The name returned by Swedish BankID was "NIKLAS
SÖDERSTRÖM"*
*Signed 2023-12-22 11:26:23 CET (+0100)*



# Verification

Transaction 09222115557507337864

This verification was issued by Scrive. Information in italics has been safely verified by Scrive. For more information/evidence about this document see the concealed attachments. Use a PDF-reader such as Adobe Reader that can show concealed attachments to view the attachments. Please observe that if the document is printed, the integrity of such printed copy cannot be verified as per the below and that a basic print-out lacks the contents of the concealed attachments. The digital signature (electronic seal) ensures that the integrity of this document, including the concealed attachments, can be proven mathematically and independently of Scrive. For your convenience Scrive also provides a service that enables you to automatically verify the document's integrity at: https://scrive.com/verify

