# EXHIBIT B

**Ruth Asset Management AB**                                                                                    *Total LIFO Loss:* ($7,331,001.13)

**NAVENTI BALANSERAD FLEX**
**LIFO Loss in FMC Corporation**
Class Period: 2/9/2022 - 10/30/2023
Retained Shares valued at:                          $56.42

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/6/2022 | 14,928 | $105.74 | $1,578,435.99 | Sale | 12/7/2022 | 3,909 | $127.96 | $500,207.46 |
| Purchase | 9/9/2022 | 30,555 | $112.63 | $3,441,439.61 | Sale | 3/15/2023 | 4,415 | $116.94 | $516,303.62 |
| Purchase | 6/12/2023 | 8,943 | $106.15 | $949,261.41 | Sale | 5/16/2023 | 2,562 | $109.04 | $279,360.68 |
|  |  |  |  |  | Retained Shares |  | 43,540 | $56.42 | $2,456,387.83 |
|  |  | 54,426 |  | $5,969,137.01 |  |  | 54,426 |  | $3,752,259.59 |

*LIFO Loss in FMC Corporation* ($2,216,877.42)

**NAVENTI DEFENSIV FLEX**
**LIFO Loss in FMC Corporation**
Class Period: 2/9/2022 - 10/30/2023
Retained Shares valued at:                          $56.42

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/6/2022 | 1,849 | $105.08 | $194,284.28 | Sale | 12/7/2022 | 572 | $127.91 | $73,164.86 |
| Purchase | 9/9/2022 | 3,637 | $112.59 | $409,489.11 | Sale | 3/15/2023 | 394 | $116.94 | $46,075.57 |
| Purchase | 6/12/2023 | 1,059 | $106.15 | $112,408.35 | Sale | 5/16/2023 | 670 | $109.04 | $73,056.85 |
|  |  |  |  |  | Retained Shares |  | 4,909 | $56.42 | $276,950.11 |
|  |  | 6,545 |  | $716,181.74 |  |  | 6,545 |  | $469,247.39 |

*LIFO Loss in FMC Corporation* ($246,934.35)

**NAVENTI OFFENSIV FLEX**
**LIFO Loss in FMC Corporation**
Class Period: 2/9/2022 - 10/30/2023
Retained Shares valued at:                          $56.42

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/6/2022 | 26,220 | $105.91 | $2,776,845.75 | Sale | 12/7/2022 | 6,025 | $128.02 | $771,319.89 |
| Purchase | 9/9/2022 | 52,299 | $112.66 | $5,891,969.12 | Retained |  | 93,801 | $56.42 | $5,291,953.04 |
| Purchase | 6/12/2023 | 21,307 | $106.15 | $2,261,647.42 |  |  |  |  |  |
|  |  | 99,826 |  | $10,930,462.29 |  |  | 99,826 |  | $6,063,272.93 |

*LIFO Loss in FMC Corporation* ($4,867,189.36)