**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS J. HEEG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04398-KNS <br><br> <u>CLASS ACTION</u> |
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04487-KNS |

*(case caption continues on following page)*

**MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF <u>LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS</u>**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER<br><br>                Defendants. | Case No. 2:23-cv-04842-KNS |

Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") respectfully moves this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Oklahoma Firefighters as Lead Plaintiff in the above-captioned securities class actions; (2) approving its selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Oklahoma Firefighters believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Oklahoma Firefighters believes that it has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $2.7 million in losses that it incurred on its investments in the common stock of Defendant FMC Corporation. Oklahoma Firefighters also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. And finally, the related cases should be consolidated under Federal Rule of Civil Procedure Rule 42(a) because the actions present substantially similar factual and legal issues as they allege the same legal claims relating to substantially similar periods of time, against the same defendants, and allege related types of misrepresentations.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of John S. Summers filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Oklahoma Firefighters respectfully requests that the Court: (1) appoint it as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of BFA as Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated:  January 8, 2024

Respectfully Submitted,

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

*/s/ John S. Summers*
John S. Summers
Michael J. Masciandaro
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 568-6200
Facsimile:  (215) 568-0300
jsummers@hangley.com
mmasciandaro@hangley.com

*Liaison Counsel for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**BLEICHMAR FONTI & AULD LLP**

Javier Bleichmar (*pro hac vice* forthcoming)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com

-and-

Nancy A. Kulesa (*pro hac vice* forthcoming)
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960

*Counsel for Proposed Lead Plaintiff Oklahoma Firefighters Pension and*

*Retirement System and Proposed Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

*/s/ John S. Summers*
John S. Summers

4