## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. HEEG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04398-KNS <br><br> CLASS ACTION |
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER, <br><br> Defendants. | Case No. 2:23-cv-04487-KNS |

*(case caption continues on following page)*

**DECLARATION OF JOHN S. SUMMERS IN SUPPORT OF THE MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER<br><br>Defendants. | Case No. 2:23-cv-04842-KNS |

I, John S. Summers, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and of this Court.  I am a Shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller.  I submit this declaration in support of the Motion filed by Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:      Notice of pendency of *Heeg v. FMC Corp.*, No. 2:23-cv-04398-KNS (E.D. Pa.), published on November 9, 2023;

EXHIBIT B:      Notice of pendency of *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund v. FMC Corp.*, No. 2:23-cv-04487-KNS (E.D. Pa.), published on November 14, 2023;

EXHIBIT C:      Notice of pendency of *Oklahoma Firefighters Pension and Retirement System v. FMC Corp.*, No. 2:23-cv-04842-KNS (E.D. Pa.), published on December 7, 2023;

EXHIBIT D:      Chart reflecting financial interest of Oklahoma Firefighters; and

EXHIBIT E:      Firm Resume of BFA

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of January 2024.


                                                  */s/ John S. Summers*
                                                  John S. Summers