# EXHIBIT A

*Source:* Block & Leviton LLP

*November 09, 2023 15:42 ET*

# FMC Corp. Sued By Block & Leviton LLP for Securities Law Violations

BOSTON, Nov. 09, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against FMC Corp. (NYSE: FMC) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Eastern District of Pennsylvania and is captioned *Heeg v. FMC Corp., et al.*, No. 2:23-cv-04398 (E.D. Pa.) and is brought on behalf of investors that incurred damages on their purchases in FMC Corp. securities between November 2, 2022 and October 20, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased FMC Corp. shares between November 2, 2022 and October 20, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is January 8, 2024.

**What is this all about?**

On September 7, 2023, Blue Orca Capital published a report, alleging that FMC and its executives had made a series of false statements about the status of patent protections for FMC's flagship products following legal defeats in India, China and Brazil that the Company had concealed from investors. The Blue Orca Report emphasized that the products at issue, patented diamides (a class of insecticide), "account for almost 40% of FMC's. . . revenues" in the past year and an estimated "60+% of reported EBITDA" and that FMC had "concealed from investors that it [had] suffered a recent string of stunning legal defeats around the globe that have enabled competitors to now launch competing generics at prices up to 80% below the price of FMC's flagship insecticide product" and that "contrary to the Company's claims, FMC's process patents do not protect its flagship product from generic competition."

The Blue Orca Report included an analysis of legal proceedings and market conditions in India, China, and Brazil. In addition to identifying a range of market headwinds affecting FMC's prospects in such markets, the Blue Orca Report concluded that FMC and its executives repeatedly made false claims that legal victories had ensured Diamide patent protection for years to come, when, in fact, FMC's legal losses had resulted in a loss of patent protection for its flagship products and cleared the way for generic competition. In

short, Defendants repeatedly falsely reassured investors that FMC had not gone over the patent cliff while, in truth, the Company was already in free fall.

Immediately following these revelations on September 7, 2023, the Company's share price dropped more than 7.4%, to close at $76.10 per share, representing approximately $630 million in investor losses, on high trading volume.

Finally, On October 23, 2023, FMC announced that it was again cutting its Q3 2023 outlook and guidance for revenues for Q4 and FY 2024, projecting earnings well below the expectations of analysts, citing substantially lower sales volumes in Latin America, particularly Brazil.

On this news, FMC's stock price fell $8.83 per share, or 12.18%, to close at $58.12 per share on October 23, 2023.

The complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, it is alleged that Defendants failed to disclose to investors that: (1) the diminishment of patent protection for FMC's flagship products following legal defeats in key markets including India, China, and Brazil had opened the door to increased competition from generics; (2) the Company repeatedly mislead investors about the status of such proceedings and falsely claimed that it did not and would not face generic competition in key markets until 2026 at the earliest; and (3) because of these issues Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired FMC Corp. shares between November 2, 2022 and October 20, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is January 8, 2024.

Block & Leviton is widely regarded as one of the leading securities class action firms in the country. We have obtained, and are dedicated to obtaining significant recoveries on behalf of defrauded investors through active litigation in the federal courts across the country. Many of the nation's top institutional investors hire us to represent their interests. You can learn more about us at our website, www.blockleviton.com, or call (617) 398-5600 or email cases@blockleviton.com with any questions.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com