# EXHIBIT B



Robbins Geller
Rudman & Dowd LLP

# EXTENDED CLASS PERIOD: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against FMC Corporation and Announces Opportunity for Investors with Substantial Losses to Lead the *FMC* Class Action Lawsuit – FMC

November 14, 2023 06:19 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of FMC Corporation (NYSE: FMC) common stock between November 1, 2022 and October 30, 2023 (the "Class Period"). Captioned *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund v. FMC Corporation*, No. 23-cv-4487 (E.D. Pa), the *FMC* class action lawsuit charges FMC and certain of its top executive officers with violations of the Securities Exchange Act of 1934. A previously filed complaint, captioned *Heeg v. FMC Corporation*, No. 23-cv-04398, is also pending in the Eastern District of Pennsylvania.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *FMC* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-fmc-corporation-class-action-lawsuit-fmc.html**

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com. Lead plaintiff motions for the *FMC* class action lawsuit must be filed with the court no later than January 8, 2024.**

**CASE ALLEGATIONS:** FMC is an international manufacturer of agricultural products and its core business involves the sale of its flagship diamide products. According to the *FMC* class action lawsuit, FMC relies upon its various patents and other intellectual property to ward off competition and to generate revenue and support its market position.

The *FMC* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) FMC had lost key legal disputes over its patents in India and competitors were selling generic diamide products in India; (ii) FMC had misleadingly downplayed the effect of the China Patent Office's rulings invalidating certain key FMC patents in the country; (iii) generic competitors to FMC in Brazil had won important regulatory approvals and could potentially sell generic diamides in the country as soon as the second half of 2023; (iv) numerous competitors were manufacturing and selling generic versions of FMC's top selling insecticide product in India and China at much lower prices than being charged by FMC; and (v) FMC was not in a position to raise prices on its branded diamide products to increase its revenues or margins in the key markets of India, China, or Brazil.

The *FMC* class action lawsuit further alleges that on July 10, 2023, FMC revised downward its outlook for the second quarter and full-year 2023. On this news, the price of FMC's stock declined 11%, according to the complaint.

The *FMC* class action lawsuit also alleges that on September 7, 2023, an investment firm issued a report on FMC which revealed – for the first time – that FMC had lost key patent disputes in Asia and Brazil and that FMC faced substantially more generic competition than previously represented by FMC. On this news, the price of FMC's stock declined 7% and continued to decline the next two trading days, according to the complaint.

The *FMC* class action lawsuit additionally alleges that on October 23, 2023, FMC revised downward its third quarter 2023 expectations and full-year 2023 outlook, "mainly driven by substantially lower sales volumes in Latin America, particularly destocking in Brazil." On this news, the price of FMC's stock declined 13%, according to the complaint.

The *FMC* class action lawsuit additionally alleges that on October 30, 2023, FMC announced a 29% revenue decline in the third quarter of 2023, attributing the decline in part to lower customer demand in Brazil and a decline in sales in Asia, largely due to lower customer demand in India. On this news, the price of FMC's stock declined an additional 8%, according to the complaint.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS:** The Private Securities Litigation Reform Act of 1995 permits any investor who purchased FMC common stock during the Class Period to seek appointment as lead plaintiff of the *FMC* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *FMC* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *FMC* class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *FMC* class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller is one of the world's leading complex class action firms representing plaintiffs in securities fraud cases. The Firm is ranked #1 on the most recent ISS Securities Class Action Services Top 50 Report for recovering more than $1.75 billion for investors in 2022 – the third year in a row Robbins Geller tops the list. And in those three years alone, Robbins Geller recovered nearly $5.3 billion for investors, more than double the amount recovered by any other plaintiffs' firm. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

## Contacts

Robbins Geller Rudman & Dowd LLP

655 W. Broadway, Suite 1900, San Diego, CA 92101

J.C. Sanchez, 800-449-4900

jsanchez@rgrdlaw.com

## Social Media Profiles

Robbins Geller Rudman & Dowd LLP on Facebook

Robbins Geller Rudman & Dowd LLP on LinkedIn