# EXHIBIT D

Financial Interest Analysis for Oklahoma Firefighters Pension and Retirement System
Class Period: February 9, 2022 - October 30, 2023

**FIFO/LIFO - FMC Corporation**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/9/2022 | 0.00 | | |
| Purchase | 4/5/2022 | 2,960.00 | $134.2048 | ($397,246.21) |
| Purchase | 9/23/2022 | 1,141.00 | $104.0946 | ($118,771.94) |
| Purchase | 9/23/2022 | 698.00 | $103.8250 | ($72,469.85) |
| Purchase | 9/26/2022 | 1,156.00 | $103.7380 | ($119,921.13) |
| Purchase | 9/26/2022 | 2,312.00 | $104.2157 | ($240,946.70) |
| Purchase | 9/26/2022 | 578.00 | $104.0278 | ($60,128.07) |
| Purchase | 9/27/2022 | 620.00 | $105.0604 | ($65,137.45) |
| Purchase | 9/27/2022 | 890.00 | $104.8295 | ($93,298.26) |
| Purchase | 9/28/2022 | 1,844.00 | $108.6453 | ($200,341.93) |
| Purchase | 9/28/2022 | 302.00 | $108.5759 | ($32,789.92) |
| Purchase | 9/29/2022 | 1,099.00 | $106.0278 | ($116,524.55) |
| Purchase | 9/29/2022 | 327.00 | $105.9319 | ($34,639.73) |
| Purchase | 9/30/2022 | 1,753.00 | $106.0247 | ($185,861.30) |
| Purchase | 9/30/2022 | 232.00 | $105.9800 | ($24,587.36) |
| Purchase | 9/30/2022 | 752.00 | $105.8513 | ($79,600.18) |
| Purchase | 9/30/2022 | 347.00 | $105.9450 | ($36,762.92) |
| Purchase | 10/17/2022 | 1,376.00 | $114.4297 | ($157,455.27) |
| Purchase | 10/18/2022 | 1,730.00 | $117.0846 | ($202,556.36) |
| Purchase | 11/2/2022 | 2,877.00 | $120.9571 | ($347,993.58) |
| Purchase | 12/19/2022 | 1,526.00 | $122.7724 | ($187,350.68) |
| Purchase | 12/20/2022 | 1,397.00 | $123.7791 | ($172,919.40) |
| Purchase | 2/2/2023 | 4,409.00 | $128.3786 | ($566,021.25) |
| Purchase | 2/3/2023 | 2,017.00 | $128.5838 | ($259,353.52) |
| Purchase | 2/6/2023 | 2,863.00 | $125.6171 | ($359,641.76) |
| Purchase | 2/7/2023 | 739.00 | $126.0504 | ($93,151.25) |
| Purchase | 2/9/2023 | 1,913.00 | $129.1282 | ($247,022.25) |
| Purchase | 2/10/2023 | 971.00 | $131.0921 | ($127,290.43) |
| Purchase | 2/15/2023 | 1,218.00 | $128.7452 | ($156,811.65) |
| Purchase | 2/16/2023 | 705.00 | $129.5714 | ($91,347.84) |
| Purchase | 4/27/2023 | 1,078.00 | $121.5675 | ($131,049.77) |
| Purchase | 7/6/2023 | 3,602.00 | $103.3040 | ($372,101.01) |
| *Total Class Period Purchases* | | **45,432.00** | | **($5,351,093.48)** |
| Sale | 4/25/2023 | -1,429.00 | $122.0300 | $174,380.87 |
| *Total Class Period Sales Matching to Class Period Purchases* | | **-1,429.00** | | **$174,380.87** |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| None | | | | |
| *Total post-Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| Retained Shares [1] | | 44,003.00 | $56.4168 | $2,482,508.82 |

**FIFO/LIFO Gain/(Loss):** ($2,694,203.80)

**LIFO Based on Dura [2] - FMC Corporation**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/9/2022 | 0.00 | | |
| Purchase | 2/15/2023 | 724.00 | $128.7452 | ($93,211.52) |
| Purchase | 2/16/2023 | 705.00 | $129.5714 | ($91,347.84) |
| Sale | 4/25/2023 | -1,429.00 | $122.0300 | $174,380.87 |
| *Class Period Shares Purchased and Sold Prior to the Initial Disclosure on 7/10/2023* | | 0.00 | | ($10,178.49) |
| Purchase | 4/5/2022 | 2,960.00 | $134.2048 | ($397,246.21) |
| Purchase | 9/23/2022 | 1,141.00 | $104.0946 | ($118,771.94) |
| Purchase | 9/23/2022 | 698.00 | $103.8250 | ($72,469.85) |
| Purchase | 9/26/2022 | 1,156.00 | $103.7380 | ($119,921.13) |
| Purchase | 9/26/2022 | 2,312.00 | $104.2157 | ($240,946.70) |
| Purchase | 9/26/2022 | 578.00 | $104.0278 | ($60,128.07) |
| Purchase | 9/27/2022 | 620.00 | $105.0604 | ($65,137.45) |
| Purchase | 9/27/2022 | 890.00 | $104.8295 | ($93,298.26) |
| Purchase | 9/28/2022 | 1,844.00 | $108.6453 | ($200,341.93) |
| Purchase | 9/28/2022 | 302.00 | $108.5759 | ($32,789.92) |
| Purchase | 9/29/2022 | 1,099.00 | $106.0278 | ($116,524.55) |
| Purchase | 9/29/2022 | 327.00 | $105.9319 | ($34,639.73) |
| Purchase | 9/30/2022 | 1,753.00 | $106.0247 | ($185,861.30) |
| Purchase | 9/30/2022 | 232.00 | $105.9800 | ($24,587.36) |
| Purchase | 9/30/2022 | 752.00 | $105.8513 | ($79,600.18) |
| Purchase | 9/30/2022 | 347.00 | $105.9450 | ($36,762.92) |
| Purchase | 10/17/2022 | 1,376.00 | $114.4297 | ($157,455.27) |
| Purchase | 10/18/2022 | 1,730.00 | $117.0846 | ($202,556.36) |
| Purchase | 11/2/2022 | 2,877.00 | $120.9571 | ($347,993.58) |
| Purchase | 12/19/2022 | 1,526.00 | $122.7724 | ($187,350.68) |
| Purchase | 12/20/2022 | 1,397.00 | $123.7791 | ($172,919.40) |
| Purchase | 2/2/2023 | 4,409.00 | $128.3786 | ($566,021.25) |
| Purchase | 2/3/2023 | 2,017.00 | $128.5838 | ($259,353.52) |
| Purchase | 2/6/2023 | 2,863.00 | $125.6171 | ($359,641.76) |
| Purchase | 2/7/2023 | 739.00 | $126.0504 | ($93,151.25) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/9/2023 | 1,913.00 | $129.1282 | ($247,022.25) |
| Purchase | 2/10/2023 | 971.00 | $131.0921 | ($127,290.43) |
| Purchase | 2/15/2023 | 494.00 | $128.7452 | ($63,600.13) |
| Purchase | 4/27/2023 | 1,078.00 | $121.5675 | ($131,049.77) |
| Purchase | 7/6/2023 | 3,602.00 | $103.3040 | ($372,101.01) |
| *Class Period Purchases Retained Through the Disclosures and Matching Sales (if any)* | | 44,003.0000 | | ($5,166,534.12) |
| Retained Shares [1] | | 44,003.00 | $56.4168 | $2,482,508.82 |

**LIFO Gain/(Loss) based on Dura: ($2,684,025.30)**

**FIFO Based on Dura [2] - FMC Corporation**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/9/2022 | 0.00 | | |
| Purchase | 4/5/2022 | 1,429.00 | $134.2048 | ($191,778.66) |
| Sale | 4/25/2023 | -1,429.00 | $122.0300 | $174,380.87 |
| *Class Period Shares Purchased and Sold Prior to the Initial Disclosure on 7/10/2023* | | 0.00 | | ($17,397.79) |
| Purchase | 4/5/2022 | 1,531.00 | $134.2048 | ($205,467.55) |
| Purchase | 9/23/2022 | 1,141.00 | $104.0946 | ($118,771.94) |
| Purchase | 9/23/2022 | 698.00 | $103.8250 | ($72,469.85) |
| Purchase | 9/26/2022 | 1,156.00 | $103.7380 | ($119,921.13) |
| Purchase | 9/26/2022 | 2,312.00 | $104.2157 | ($240,946.70) |
| Purchase | 9/26/2022 | 578.00 | $104.0278 | ($60,128.07) |
| Purchase | 9/27/2022 | 620.00 | $105.0604 | ($65,137.45) |
| Purchase | 9/27/2022 | 890.00 | $104.8295 | ($93,298.26) |
| Purchase | 9/28/2022 | 1,844.00 | $108.6453 | ($200,341.93) |
| Purchase | 9/28/2022 | 302.00 | $108.5759 | ($32,789.92) |
| Purchase | 9/29/2022 | 1,099.00 | $106.0278 | ($116,524.55) |
| Purchase | 9/29/2022 | 327.00 | $105.9319 | ($34,639.73) |
| Purchase | 9/30/2022 | 1,753.00 | $106.0247 | ($185,861.30) |
| Purchase | 9/30/2022 | 232.00 | $105.9800 | ($24,587.36) |
| Purchase | 9/30/2022 | 752.00 | $105.8513 | ($79,600.18) |
| Purchase | 9/30/2022 | 347.00 | $105.9450 | ($36,762.92) |
| Purchase | 10/17/2022 | 1,376.00 | $114.4297 | ($157,455.27) |
| Purchase | 10/18/2022 | 1,730.00 | $117.0846 | ($202,556.36) |
| Purchase | 11/2/2022 | 2,877.00 | $120.9571 | ($347,993.58) |
| Purchase | 12/19/2022 | 1,526.00 | $122.7724 | ($187,350.68) |
| Purchase | 12/20/2022 | 1,397.00 | $123.7791 | ($172,919.40) |
| Purchase | 2/2/2023 | 4,409.00 | $128.3786 | ($566,021.25) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/3/2023 | 2,017.00 | $128.5838 | ($259,353.52) |
| Purchase | 2/6/2023 | 2,863.00 | $125.6171 | ($359,641.76) |
| Purchase | 2/7/2023 | 739.00 | $126.0504 | ($93,151.25) |
| Purchase | 2/9/2023 | 1,913.00 | $129.1282 | ($247,022.25) |
| Purchase | 2/10/2023 | 971.00 | $131.0921 | ($127,290.43) |
| Purchase | 2/15/2023 | 1,218.00 | $128.7452 | ($156,811.65) |
| Purchase | 2/16/2023 | 705.00 | $129.5714 | ($91,347.84) |
| Purchase | 4/27/2023 | 1,078.00 | $121.5675 | ($131,049.77) |
| Purchase | 7/6/2023 | 3,602.00 | $103.3040 | ($372,101.01) |
| *Class Period Purchases Retained Through the Disclosures and Matching Sales (if any)* | | **44,003.0000** | | **($5,159,314.82)** |
| Retained Shares [1] | | 44,003.00 | $56.4168 | $2,482,508.82 |

**FIFO Gain/(Loss) based on Dura:** ($2,676,806.01)

[1] *Retained shares are valued at the average close price from 10/31/2023 through 1/8/2024.*

[2] *Dura loss is the summation of the cost of shares purchased during the Class Period and held through at least one of the Disclosures, proceeds of sales matched to shares purchased during the Class Period and held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures occurred on 7/10/2023, 9/7/2023, 10/23/2023 and 10/30/2023 (the "Disclosures").*