**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS J. HEEG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER,<br><br>Defendants. | Case No. 2:23-cv-04398-KNS<br><br>CLASS ACTION |
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER,<br><br>Defendants. | Case No. 2:23-cv-04487-KNS |

*(case caption continues on following page)*

**[PROPOSED] ORDER APPOINTING OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FMC CORPORATION, MARK A. DOUGLAS, and ANDREW D. SANDIFER<br><br>Defendants. | Case No. 2:23-cv-04842-KNS |
| --- | --- |

Upon consideration of: (1) the Motion of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of John S. Summers submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.     Oklahoma Firefighters' Motion is **GRANTED.**

2.     Oklahoma Firefighters is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.     Oklahoma Firefighters' selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

2

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned

actions, and any subsequently filed, removed, or transferred actions that are related to the claims

asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.    The consolidated action shall be captioned "*In re FMC Corp. Securities Litigation*"

and the file shall be maintained under Master File No. 2:23-cv-04398.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. KAI N. SCOTT
UNITED STATES DISTRICT JUDGE