# EXHIBIT A

## CERTIFICATION

Ruth Asset Management ("Lead Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2. Lead Plaintiff has been serving and will continue to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Lead Plaintiff's Class Period purchase and sale transactions in the FMC Corporation securities that are the subject of this action are attached in Schedule A.

4. Lead Plaintiff has full power and authority to bring suit to recover for its investment losses suffered by its Funds listed in the attached Schedule A.

5. Lead Plaintiff has reviewed the Amended Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6. I, Niklas Söderström, Chief Executive Officer of Ruth Asset Management, am authorized to make legal decisions, and execute this certification, on Lead Plaintiff's behalf.

7. Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Lead Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification in this action, *In re FMC Corporation Securities Litigation*, No. 23-cv-4398 (E.D. Pa.).

10.     Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ___17___ day of July 2024.

**Ruth Asset Management**

By: _____
Niklas Söderström
*Chief Executive Officer*

## SCHEDULE A

### NAVENTI BALANSERAD FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 14,928 | $105.74 |
| Common Stock | BUY | 9/9/2022 | 30,555 | $112.63 |
| Common Stock | BUY | 6/12/2023 | 8,943 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 3,909 | $127.96 |
| Common Stock | SELL | 3/15/2023 | 4,415 | $116.94 |
| Common Stock | SELL | 5/16/2023 | 2,562 | $109.04 |

### NAVENTI DEFENSIV FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 1,849 | $105.08 |
| Common Stock | BUY | 9/9/2022 | 3,637 | $112.59 |
| Common Stock | BUY | 6/12/2023 | 1,059 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 572 | $127.91 |
| Common Stock | SELL | 3/15/2023 | 394 | $116.94 |
| Common Stock | SELL | 5/16/2023 | 670 | $109.04 |

### NAVENTI OFFENSIV FLEX

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/6/2022 | 26,220 | $105.91 |
| Common Stock | BUY | 9/9/2022 | 52,299 | $112.66 |
| Common Stock | BUY | 6/12/2023 | 21,307 | $106.15 |
| Common Stock | SELL | 12/7/2022 | 6,025 | $128.02 |