# EXHIBIT B

**CERTIFICATION**

Named Plaintiff Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") declares, as to the claims asserted under the federal securities laws, that:

1.      Oklahoma Firefighters did not purchase or sell the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

2.      Oklahoma Firefighters is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Oklahoma Firefighters' Class Period purchase and sale transactions in the FMC Corporation securities that are the subject of this action are attached in Schedule A.

4.      Oklahoma Firefighters owned and held legal title to the securities that are the subject of this action at all relevant times.

5.      Oklahoma Firefighters has fully reviewed the Amended Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6.      I, Chase Rankin, Executive Director of Oklahoma Firefighters, am authorized to enter into and execute this Certification on behalf of Oklahoma Firefighters.

7.      Oklahoma Firefighters has sought to serve as a lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, and was appointed, in the following:

- *Black v. Snap, Inc.*, No. 2:21-cv-08892 (C.D. Cal.);
- *Lee v. Goldman Sachs Group Inc.*, No. 1:22-cv-00169 (S.D.N.Y.);
- *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc.*, No. 1:22-cv-10200 (D. Mass.);
- *Rasella v. Musk*, No. 1:22-cv-03026 (S.D.N.Y.);
- *Das v. Unity Software Inc.*, No. 5:22-cv-03962 (N.D. Cal.);

- *City of Hollywood Firefighters Pension Fund v. Atlassian Corp.*, No. 3:23-cv-00519 (N.D. Cal.); and
- *Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc.*, No. 3:24-cv-00706 (N.D. Cal.)

8. Oklahoma Firefighters has also sought to serve as a lead plaintiff and/or representative party in a class action filed under the federal securities laws during the last three years, but was not appointed, in the following:

- *In re Peabody Energy Corp. Sec. Litig.*, No. 1:20-cv-08024 (S.D.N.Y.);
- *Ryan v. FIGS, Inc.*, No. 2:22-cv-07939 (C.D. Cal.);
- *Vazquez v. Masimo Corp.*, No. 3:23-cv-01546 (S.D. Cal.); and
- *In re FMC Corp. Sec. Litig.*, No. 2:23-cv-4398 (E.D. Pa.).

9. Oklahoma Firefighters serves as a representative party, but not as lead plaintiff, in a class action filed under the federal securities laws during the last three years, in the following:

- *Lozada v. TaskUs., Inc.*, No. 1:22-cv-01479 (S.D.N.Y.)

10. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the class beyond Oklahoma Firefighters' *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ___11th___ day of July 2024.

**Oklahoma Firefighters Pension and Retirement System**

By: _____
Chase Rankin
*Executive Director*

**SCHEDULE A**
TRANSACTIONS IN
FMC CORP

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 04/05/2022 | 2,960.00 | 134.20 | ($397,246.21) |
| Purchase | 09/23/2022 | 1,141.00 | 104.09 | ($118,771.94) |
| Purchase | 09/23/2022 | 698.00 | 103.83 | ($72,469.85) |
| Purchase | 09/26/2022 | 1,156.00 | 103.74 | ($119,921.13) |
| Purchase | 09/26/2022 | 2,312.00 | 104.22 | ($240,946.70) |
| Purchase | 09/26/2022 | 578.00 | 104.03 | ($60,128.07) |
| Purchase | 09/27/2022 | 620.00 | 105.06 | ($65,137.45) |
| Purchase | 09/27/2022 | 890.00 | 104.83 | ($93,298.26) |
| Purchase | 09/28/2022 | 1,844.00 | 108.65 | ($200,341.93) |
| Purchase | 09/28/2022 | 302.00 | 108.58 | ($32,789.92) |
| Purchase | 09/29/2022 | 1,099.00 | 106.03 | ($116,524.55) |
| Purchase | 09/29/2022 | 327.00 | 105.93 | ($34,639.73) |
| Purchase | 09/30/2022 | 1,753.00 | 106.02 | ($185,861.30) |
| Purchase | 09/30/2022 | 232.00 | 105.98 | ($24,587.36) |
| Purchase | 09/30/2022 | 752.00 | 105.85 | ($79,600.18) |
| Purchase | 09/30/2022 | 347.00 | 105.95 | ($36,762.92) |
| Purchase | 10/17/2022 | 1,376.00 | 114.43 | ($157,455.27) |
| Purchase | 10/18/2022 | 1,730.00 | 117.08 | ($202,556.36) |
| Purchase | 11/02/2022 | 2,877.00 | 120.96 | ($347,993.58) |
| Purchase | 12/19/2022 | 1,526.00 | 122.77 | ($187,350.68) |
| Purchase | 12/20/2022 | 1,397.00 | 123.78 | ($172,919.40) |
| Purchase | 02/02/2023 | 4,409.00 | 128.38 | ($566,021.25) |
| Purchase | 02/03/2023 | 2,017.00 | 128.58 | ($259,353.52) |
| Purchase | 02/06/2023 | 2,863.00 | 125.62 | ($359,641.76) |
| Purchase | 02/07/2023 | 739.00 | 126.05 | ($93,151.25) |
| Purchase | 02/09/2023 | 1,913.00 | 129.13 | ($247,022.25) |
| Purchase | 02/10/2023 | 971.00 | 131.09 | ($127,290.43) |
| Purchase | 02/15/2023 | 1,218.00 | 128.75 | ($156,811.65) |
| Purchase | 02/16/2023 | 705.00 | 129.57 | ($91,347.84) |
| Sale | 04/25/2023 | -1,429.00 | 122.03 | $174,380.87 |
| Purchase | 04/27/2023 | 1,078.00 | 121.57 | ($131,049.77) |
| Purchase | 07/06/2023 | 3,602.00 | 103.30 | ($372,101.01) |