UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION | Case No. 2:23-cv-4398-KNS |
| **This Document Applies To:**<br><br>**ALL ACTIONS** | <u>CLASS ACTION</u><br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' MOTION TO DISMISS**
<u>**PLAINTIFFS' AMENDED COMPLAINT**</u>

Defendants FMC Corporation, Mark A. Douglas, and Andrew D. Sandifer (collectively, "Defendants") hereby move this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, for the dismissal of Plaintiffs' Amended Complaint, with prejudice. Grounds supporting this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court dismiss the Amended Complaint in its entirety, with prejudice.

2

| | |
|---|---|
| Dated: September 17, 2024 | **BALLARD SPAHR LLP**<br><br>/s/ *M. Norman Goldberger*<br><br>M. Norman Goldberger<br>Laura E. Krabill<br>Lauren Engelmyer<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>(215) 864-8850<br>goldbergerm@ballardspahr.com<br>krabilll@ballardspahr.com<br>engelmyerl@ballardspahr.com<br><br><br>**DAVIS POLK & WARDWELL LLP**<br><br>Dana M. Seshens (*pro hac vice*)<br>Brian M. Burnovski (*pro hac vice*)<br>450 Lexington Avenue<br>New York, NY  10017<br>(212) 450-4000<br>dana.seshens@davispolk.com<br>brian.burnovski@davispolk.com<br><br>*Attorneys for Defendants FMC Corporation, Mark A. Douglas, and Andrew D. Sandifer* |