**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION | Case No. 2:23-cv-4398-KNS |
| This Document Applies To:<br><br>**ALL ACTIONS** | <u>CLASS ACTION</u> |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 20__, upon consideration of the Motion of Defendants FMC Corporation, Mark A. Douglas, and Andrew D. Sandifer to dismiss Plaintiffs' Amended Complaint, and all memoranda of law, declarations, and exhibits in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED** with prejudice.

BY THE COURT:

_____
The Honorable Kai N. Scott
United States District Judge