**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of September, 2024, a copy of the foregoing

was served via ECF on all counsel of record.


Dated:      Philadelphia, Pennsylvania
            September 17, 2024

/s/ *M. Norman Goldberger*
_____
M. Norman Goldberger