**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION | No. 2:23-CV-4398-KNS |
| **This Document Applies to:** | <u>CLASS ACTION</u> |
| **ALL ACTIONS** | |

**DECLARATION OF DANA M. SESHENS IN SUPPORT OF DEFENDANTS'
<u>MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>**

Dana M. Seshens, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted *pro hac vice* before this Court, and I am a partner of the law firm Davis Polk & Wardwell LLP, counsel for Defendants FMC Corporation ("FMC"), Mark A. Douglas and Andrew D. Sandifer (collectively, "Defendants") in the above-captioned matter.  I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2.      Attached hereto as Exhibit 1 is a summary table indicating which legal arguments apply to each alleged false or misleading statement or omission, and where in Defendants' brief such arguments can be found.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Annual Report for the Fiscal Year ended December 31, 2022 filed with the Securities and Exchange Commission (the "SEC") by FMC on Form 10-K, dated February 24, 2023.[1]

---

[1] Full copies of exhibits that are excerpted from FMC's SEC filings are available at: https://investors.fmc.com/financials/sec-filings/default.aspx.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Annual Report for the Fiscal Year ended December 31, 2020 filed with the SEC by FMC on Form 10-K, dated February 25, 2021.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Annual Report for the Fiscal Year ended December 31, 2021 filed with the SEC by FMC on Form 10-K, dated February 25, 2022.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended September 30, 2022 filed with the SEC by FMC on Form 10-Q, dated November 2, 2022.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated February 8, 2022, including an attached press release.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a transcript of FMC's Fourth Quarter FY 2021 earnings call, held on February 9, 2022.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated May 2, 2022, including an attached press release.

10.     Attached hereto as Exhibit 9 is a true and correct copy of a transcript of FMC's First Quarter FY 2022 earnings call, held on May 3, 2022.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended March 31, 2022 filed with the SEC by FMC on Form 10-Q, dated May 3, 2022.

12.     Attached hereto as Exhibit 11 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated August 2, 2022, including an attached press release.

13. Attached hereto as Exhibit 12 is a true and correct copy of a transcript of FMC's Second Quarter FY 2022 earnings call, held on August 3, 2022.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended June 30, 2022 filed with the SEC by FMC on Form 10-Q, dated August 3, 2022.

15. Attached hereto as Exhibit 14 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated November 1, 2022, including an attached press release.

16. Attached hereto as Exhibit 15 is a true and correct copy of a transcript of FMC's Third Quarter FY 2022 earnings call, held on November 2, 2022.

17. Attached hereto as Exhibit 16 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated February 7, 2023, including an attached press release.

18. Attached hereto as Exhibit 17 is a true and correct copy of a transcript of FMC's Fourth Quarter FY 2022 earnings call, held on February 8, 2022.

19. Attached hereto as Exhibit 18 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated May 1, 2023, including an attached press release.

20. Attached hereto as Exhibit 19 is a true and correct copy of a transcript of FMC's First Quarter FY 2023 earnings call, held on May 2, 2023.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended March 31, 2023 filed with the SEC by FMC on Form 10-Q, dated May 2, 2023.

22. Attached hereto as Exhibit 21 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated August 2, 2023, including an attached press release.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a transcript of FMC's Second Quarter FY 2023 earnings call, held on August 3, 2023.

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Quarterly Report for the Quarter ended June 30, 2023 filed with the SEC by FMC on Form 10-Q, dated August 3, 2023.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a Current Report filed with the SEC by FMC on Form 8-K, dated October 30, 2023, including an attached press release.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a decision of the High Court of Delhi at New Delhi in the matter of *FMC Corporation & ORS v. NATCO Pharma Limited*, dated September 19, 2022.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a decision of the High Court of Delhi at New Delhi in the matter of *FMC Corporation & ORS v. NATCO Pharma Limited*, dated December 5, 2022.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a decision of the High Court of Delhi at New Delhi in the matter of *FMC Corporation & ORS v. GSP Crop Science Private Limited*, dated November 14, 2022.

29.     Attached hereto as Exhibit 28 is a true and correct copy of an English-language translation of a decision of the First Federal Civil Trial Court of Brazil's Federal District Judiciary Section (the "Brazil Federal Court") in a lawsuit filed by Rainbow Defensives Agrícolas Ltda, dated September 16, 2022, along with a certification of the accuracy of the translation and a copy of the original Portuguese document.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an English-language translation of a decision of the Brazil Federal Court in a lawsuit filed by Rainbow Defensives

Agrícolas Ltda, dated July 28, 2023, along with a certification of the accuracy of the translation and a copy of the original Portuguese document.

31.    Attached hereto as Exhibit 30 is a true and correct copy of an English-language translation of a decision of the Brazil Federal Court in a lawsuit filed by Rainbow Defensives Agrícolas Ltda, dated September 25, 2023, along with a certification of the accuracy of the translation and a copy of the original Portuguese document.

32.    Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the Proxy Statement filed with the SEC by FMC on Form DEF 14A, dated March 11, 2022.

33.    Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the Proxy Statement filed with the SEC by FMC on Form DEF 14A, dated March 15, 2024.

34.    Attached hereto as Exhibit 33 is a true and correct copy of a Statement of Changes in Beneficial Ownership filed with the SEC by Defendant Mark A. Douglas on Form 4, dated May 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          September 17, 2024

By:  _/s/ Dana M. Seshens_____
          Dana M. Seshens