Exhibit 9

**S&P Global**
Market Intelligence

# FMC Corporation NYSE:FMC
# FQ1 2022 Earnings Call Transcripts

## Tuesday, May 03, 2022 1:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ1 2022- | | | -FQ2 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.71 | 1.88 | ▲9.94 | 1.97 | 7.81 | 8.90 |
| **Revenue (mm)** | 1281.62 | 1350.80 | ▲5.40 | 1325.03 | 5413.22 | 5735.56 |

Currency: USD
Consensus as of May-03-2022 11:40 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2021** | 1.78 | 1.81 | ▲1 1.69 % |
| **FQ3 2021** | 1.32 | 1.43 | ▲2 8.33 % |
| **FQ4 2021** | 2.01 | 2.16 | ▲3 7.46 % |
| **FQ1 2022** | 1.71 | 1.88 | ▲4 9.94 % |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ............................................................................ | **3** |
| **Presentation** | ............................................................................ | **4** |
| **Question and Answer** | ............................................................................ | **9** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Abizar Zaki**
*Investor Relations Director*

**Andrew D. Sandifer**
*Executive VP & CFO*

**Mark A. Douglas**
*President, CEO & Director*

**ANALYSTS**

**Adam L. Samuelson**
*Goldman Sachs Group, Inc.,
Research Division*

**Arun Shankar Viswanathan**
*RBC Capital Markets, Research
Division*

**Christopher S. Parkinson**
*Mizuho Securities USA LLC,
Research Division*

**Vincent Stephen Andrews**
*Morgan Stanley, Research Division*

**Joel Jackson**
*BMO Capital Markets Equity
Research*

**Joshua David Spector**
*UBS Investment Bank, Research
Division*

**Laurent Guy Favre**
*BNP Paribas Exane, Research
Division*

**Michael Joseph Sison**
*Wells Fargo Securities, LLC,
Research Division*

**Tony Jones**
*Redburn (Europe) Limited,
Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Operator**

Good morning and welcome to the First Quarter 2022 Earnings Call for FMC Corporation. This event is being recorded. [Operator Instructions]

I would now like to turn the conference over to Mr. Zack Zaki, Director of Investor Relations for FMC Corporation. Please go ahead.

**Abizar Zaki**
*Investor Relations Director*

Thank you, Ted, and good morning, everyone. Welcome to FMC Corporation's First Quarter Earnings Call. Joining me today are Mark Douglas, President and Chief Executive Officer; and Andrew Sandifer, Executive Vice President and Chief Financial Officer. Mark will review our first quarter performance as well as provide an outlook for the second quarter and implied first half expectations. He will also provide an update to our full year outlook and implied second half expectations. Andrew will provide an overview of select financial results. Following the prepared remarks, we will take questions.

Our earnings release and today's slide presentation are available on our website and the prepared remarks from today's discussion will be made available after the call. Let me remind you that today's presentation and discussion will include forward-looking statements that are subject to various risks and uncertainties concerning specific factors, including, but not limited to, these factors identified in earnings release and in our filings with the Securities and Exchange Commission. Information presented represents our best judgment based on today's understanding.

Actual results may vary based upon these risks and uncertainties.

Today's discussion and the supporting materials will include references to adjusted EPS, adjusted EBITDA, adjusted cash from operations, free cash flow and organic revenue growth, all of which are non-GAAP financial measures. Please note that as used in today's discussion, earnings means adjusted earnings and EBITDA means adjusted EBITDA. A reconciliation and definition of these terms as well as other non-GAAP financial terms to which we may refer during today's conference call are provided on our website.

With that, I will now turn the call over to Mark.

**Mark A. Douglas**
*President, CEO & Director*

Thank you, Zack, and good morning, everyone. Before I move into details on our results, I'd like to take a moment to provide an update on FMC's position related to the war in the Ukraine. In mid-April, we announced the decision to discontinue our operations in Russia and exit the country completely, making FMC the first crop input provider to exit Russia. We could not ignore increasing reports of potential war crimes, human rights abuses and other atrocities committed in the Ukraine. Our values as a company do not allow FMC to operate and grow our business in Russia.

Furthermore, as the war continued and new sanctions and counter sanctions were levied, FMC's ability to conduct business in Russia have become unsustainable. A cross-functional team continues to navigate the extraordinary logistics and supply chain challenges in Ukraine and other parts of Eastern Europe. FMC and our employees raised nearly $300,000 for charities supporting the Ukranian people and families in need. Our hearts and thoughts remain with all Ukrainians and especially our FMC colleagues and their families.

Turning to FMC's performance in Q1. We delivered strong results, driven by robust volumes and solid pricing actions across all regions. We grew our revenue by 16% organically, EBITDA by 16%, EPS by 23% and importantly, expanded our EBITDA margins by approximately 60 basis points, while confronting a variety of supply and cost challenges as well as increasing currency headwinds. With disruptions impacting

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

several agricultural inputs, we believe some of our Q1 sales were accelerated from Q2 as customers look to secure supply in events.

Given this context, our guidance for Q2, combined with Q1 actuals, implies 11% revenue growth and 8% EBITDA growth for the first half of the year compared to the first half of 2021, which is much more front-loaded than prior years. Latin America and North America contributed greatly to our success in the quarter, supported by elevated commodity prices, acreage increases and historically low stock-to-use ratios for several crops.

Sales from products launched in the past 5 years increased by more than 50% in the quarter compared to the same period last year, demonstrating the strength of our technology pipeline and product portfolio. The global Plant Health business also continued its growth trajectory, with biologicals growing 15% year-over-year.

Last year, we announced our goal to achieve net-zero greenhouse gas emissions by 2035. We recently achieved the first milestone towards that goal by submitting 2030 emissions reduction targets to the science-based targets initiative. These targets include 42% absolute reduction in direct emission from FMC's own sources and indirect emissions from purchased electricity, steam, heating and cooling, also known as Scopes 1 and 2 as well as a 25% absolute reduction in all indirect emissions that occur in the value chain, otherwise known as Scope 3 emissions. An incredible amount of rigor went into developing these targets with our sustainability team conducting an exhaustive review of all factors contributing to FMC's greenhouse gas emissions and quantifying those emissions across the entire value chain.

We will publish our 11th annual sustainability report in the coming weeks, and we look forward to speaking more on this topic in upcoming calls.

Turning to Slide 3 for our Q1 results and keeping in mind my earlier comment about shifts within the first half, we reported $1.35 billion in first quarter revenue, which reflects a 13% increase on a reported basis and 16% organic growth. We had double-digit growth in all product categories, with fungicides showing the greatest growth year-over-year at 20%. Biologicals grew 15%, continuing the momentum of our Plant Health business.

Regional growth was driven by strong volume gains in North America and Latin America as well as high single-digit price increases in all 4 regions. FX was a headwind to top line growth in EMEA. Adjusted EBITDA was $355 million, an increase of 16% compared to the prior year period and $30 million above the midpoint of our guidance range. EBITDA margins were 26.3%, an increase of 60 basis points compared to the prior year period.

Cost inflation continued to be a challenge and at a higher rate than anticipated. So we move price more aggressively in all regions to offset these increasing headwinds. We've also been actively managing our SG&A costs, some of which shifted from Q1 into Q2. FX was a headwind to EBITDA. Adjusted earnings of $1.88 per diluted share in the quarter, an increase of 23% versus Q1 2021 and $0.18 above the midpoint of our guidance range. The year-over-year increase was primarily driven by an increase in EBITDA with the benefit from lower share count and lower interest expenses, largely offset by higher minority interest and taxes.

Moving now to Slide 4. Q1 revenue increased by 13% versus prior year, driven by an 8% volume increase and an 8% pricing gain. Foreign currencies were a headwind of 3% in the quarter on the top line.

In North America, strong commodity prices supported robust demand for inputs. Sales increased 30% year-over-year with broad-based growth across all indications and for a variety of crops such as tree fruits, nuts, vines, corn and soy. In the U.S., we grew with Rynaxypyr brands such as Vantacor and Altacor in fruits and vegetables. Xyway our unique infra fungicide continues to gain significant momentum while providing seasonal long protection for corn from foliar diseases.

Sales of biologicals almost doubled in the U.S., led by Ethos XB for corn and soybeans. Ethos XB is a unique combination of a synthetic insecticide for seed and insect protection with biological microorganisms and have fungicidal properties. Our Canadian business had a record quarter, driven by low channel inventory of insecticides and strength in cereal herbicides.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also successfully launched Coragen Max which is the new higher concentration formulation of Rynaxypyr active targeting pests on corn, dry beans and several other crops. Over 30% of FMC's branded sales in North America this quarter came from products, which were launched in the last 5 years.

Moving now to Latin America. Sales increased 31% year-over-year, led by Brazil and Argentina, driven by volume and price increases as well as a 6% FX tailwind driven by the Brazilian real. Colombia, Peru and Ecuador also grew double digits in the quarter.

In Brazil, we grew our herbicide brands, [indiscernible] and Gamit on soy, corn, sugarcane and coffee. We also grow our insecticide brands, Talisman, Hero and Coragen on soy, corn and cotton. FMC continues to reap the benefits of a strategy to improve market access and increased penetration of our technologies in the brazilian soybean market. Sales and EMEA grew 11% versus prior year excluding currency headwinds. Results were driven by strong price increases across the region as well as demand for Rynaxypyr based brands Coragen and Altacor for corn and herbicide brands Express and Pointer for sunflowers. Registration losses and product rationalizations were largely offset by new product launches in the quarter.

Over 10% of branded sales in the quarter came from products launched in the last 5 years. FX was a significant headwind in the quarter, resulting in flat year-over-year revenue growth.

Sales in Asia were up 2% versus the first quarter last year and up 5% organically. The increase was driven by pricing actions and strong performance in Australia and ASEAN countries, offset mainly by a reduction in Indian rice acres. Approximately 15% of branded sales in the quarter came from products launched in the last 5 years.

Turning now to the first quarter EBITDA on Slide 5. EBITDA was up 16% year-over-year, driven by pricing and volume gains, which were partially offset by cost and FX headwinds. Price was up $94 million in the quarter with high single-digit increases implemented in all 4 regions. It is important to note that our pricing actions were taken to offset the sustained cost inflation we're experiencing across our supply chain.

Raw material, energy, logistics, packaging and labor costs remained elevated and contributed to the $62 million cost headwind in the quarter. FX was a $16 million headwind in the quarter with weakening European currencies. Overall, EBITDA margins expanded 60 basis points in the quarter.

Before I review FMC's full year 2022 and Q2 earnings outlook, let me share our view of the overall market conditions. We continue to expect the global crop protection market will be up low to mid-single-digit percent on a U.S. dollar basis. Breaking this down by region, we expect Latin America, North America and Asia to be up mid-single digits, while EMEA is now expected to be down low single digits. The war in Ukraine made further reduce market growth in the EMEA region. Commodity prices of many of the major crops remained elevated and stocks-to-use ratios are near historical lows, creating a favorable backdrop for crop protection products.

FMC is -- FX is projected to be a headwind for EMEA and Asia markets on a U.S. dollar basis.

Turning to Slide 6 and the review of FMC's full year 2022 and Q2 earnings outlook. Despite the volatile supply and geopolitical environment, we remain confident in our ability to deliver solid growth in 2022. FMC's full year revenue is forecasted to be in the range of $5.25 billion to $5.55 billion, representing an increase of 7% at the midpoint versus 2021, driven by volume and price growth in all regions, partially offset by currency headwinds.

Full year adjusted EBITDA is expected to be in the range of $1.32 billion to $1.48 billion, representing 6% year-over-year growth at the midpoint. This will be achieved through pricing actions and strong volumes. However, rising costs and supply disruptions will continue to be significant headwinds to EBITDA. 2022 adjusted earnings per share are expected to be in the range of $6.70 to $8 per diluted share representing an increase of 6% year over year at the midpoint, consistent with cross [indiscernible] we do not factor in any benefit from future share repurchases. And in our EPS guidance. This continued in our Russia business does not change our full year earnings expectation at this time and it will take some time for us to assess the full financial implications for our exit. For reference, however, our Russian operations made up approximately 1.5% of our global sales in 2021. A guidance for Q2 takes into account the shift of some sales from Q2 into Q1 as customers across many countries placed the orders in advance to secure supplies

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

during these uncertain times. Given the current industry dynamics it is possible, we will see the same phenomenon occur with future orders moving into Q2.

Q2 guidance implies sales growth of 9% at the midpoint. EBITDA growth of 1% at the midpoint and EPS growth of 2% at the midpoint year-over-year.

Turning to Slide 7 and the updated range of 2022 EBITDA outcomes. The market backdrop is supported with FX limiting crop protection growth to low to mid-single digits. Pricing actions and strong market demand have offset quickly rising costs so far. However, volatility persist due to renewed COVID-related shutdowns in China, energy cost inflation in Europe and ongoing disruption of global supply chains and logistics. FMC continues to deliver products to our customers in a timely manner despite these disruptions, but reliable supply is coming at an increased cost. We do not expect to see any cost relief through the remainder of 2022.

EMEA and Asia have experienced FX headwinds, only partially offset by the positive currency impact in brazil. In addition, our decision to exit the Russian market and the impact of the war in Ukraine our new considerations.

Turning to Slide 8 and full year revenue and EBITDA drivers. Strong volume expansion and price increases across all regions will drive revenue growth. FX volatility is expected to be a negative factor on our full year revenue outlook. In terms of crop mix, we expect roughly half our sales to come from specialty crops such as fruit and vegetables, sugar, rice and corn. Almost 40% of our sales are expected to come from corn, soy and cereals, such as wheat. FMC's crop diversity is a long-term competitive advantage since we're not over-indexed to any single commodity.

Our EBITDA guidance reflects strong demand for our existing portfolio of new products as well as mid-single-digit price increases. These benefits to EBITDA are partially offset by substantial cost headwinds as well as investments in SG&A and R&D.

Moving to Slide 9 and Q2 drivers. On the revenue line, volume growth is expected to continue, along with price increases in all regions, but will start to lap some of the increases taken last year. We are anticipating FX headwinds to continue, principally from European and Asian currencies. We also expect to see impact from our decision to exit Russia beginning in the second quarter.

For EBITDA, positive drivers include volume, especially for new products and pricing actions. The benefit from these drivers will be largely offset by elevated raw material, packaging and logistics costs as well as some SG&A costs that shifted from Q1 into Q2. FX related headwinds are also expected to persist especially in EMEA.

Turning to Slide 10. With the guidance for Q2 and the full year on record, we would like to also share the implied forecast for the 2 halves. Revenue forecast for the first half of 2022 indicates 11% growth over the first half of '21. Implied revenue forecast for the second half of 2022 indicates 4% growth over the prior year period. This is consistent with the stronger pricing actions and significant volume gains achieved in the second half of last year, especially in the fourth quarter of 2021.

EBITDA forecast for the first half of 2022 indicates 8% growth over the prior year period, driven by strong demand and pricing actions, offset by cost and FX headwinds. Our guidance also implies 4% year-over-year EBITDA growth in the second half of the year. This results in a more front-weighted outlook for EBITDA growth compared to last year.

I'll now turn the call over to Andrew.

**Andrew D. Sandifer**
*Executive VP & CFO*

Thanks, Mark. I'll start this morning with a review of some key income statement items, FX was a headwind to revenue growth in the first quarter as expected driven by weakness in European currencies, particularly the Turkish lira and euro. The Brazilian real was a tailwind in the quarter, offsetting modest

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

weakness in several Asian currencies. We continue to anticipate FX headwinds for the remainder of '22 as the U.S. dollar is expected to appreciate against many currencies of importance to FMC.

Interest expense for the first quarter was $29.9 million down $2.5 million versus the prior year period, primarily due to the refinancing activity completed in the fourth quarter of last year. For full year 2022 we now expect interest expense to be in the range of $125 million to $145 million, an increase of $10 million at the midpoint compared to our prior guidance driven by more rapid increases in the U.S. interest rates than previously anticipated. Our effective tax rate on adjusted earnings for the first quarter was 14%, in line with our continued expectation for a full year tax rate in the range of 13% to 15%.

Moving next to the balance sheet and liquidity. Gross debt at quarter end was $3.8 billion, up roughly $600 million from year-end. Gross debt to trailing 12-month EBITDA was 2.7x at the end of the first quarter, while net debt to EBITDA was 2.5x. Both metrics are slightly above our targeted full year average leverage levels as expected, given the seasonal build of our working capital. We continue to expect to maintain full year average leverage in our targeted 2.4x to 2.5x gross or 2.3x to 2.4x net ranges.

Moving on to cash flow on Slide 11. First quarter free cash flow of negative $664 million was in line with our expectations for this point in the year and reflects the strong seasonality of our working capital. Adjusted cash from operations was down more than $300 million compared to the prior year, driven by higher working capital, partially offset by improvement in nonworking capital items. Strong sales growth, higher application of customer prepayments and lower payables were key drivers of increased cash consumption from working capital.

Capital additions and other investing activities of $55 million were up $16 million compared to the prior year as we continue to increase spending to catch up on deferred projects and to invest in our growth. Legacy and transformation spending was down primarily due to the absence of spend on our SAP program, which was completed last year. For full year 2022, we continue to forecast free cash flow of $515 million to $735 million. Adjusted cash from operations is flagged to the prior year at the high end of our guidance range, limited by working capital growth. Capacity increases especially to support our new products that are seeing rapid growth will drive higher capital additions. We continue to expect legacy and transformation to be a tailwind with somewhat lower legacy spending and minimal transformation expense expected in 2022.

With this guidance, we anticipate free cash flow conversion from earnings of 67% at the midpoint. Our capital allocation priorities remain first fully funding organic growth and pursuing inorganic growth through technology and market access, M&A, then returning excess cash to shareholders through a growing dividend and share repurchases. We continue to anticipate strongly rewarding shareholders in 2022, with dividends of around $270 million and share repurchases of $500 million to $600 million. We paid dividends of $67 million during the quarter. Given our cash flow and leverage, we did not repurchase any shares in the first quarter.

With that, I'll hand the call back to Mark.

**Mark A. Douglas**
*President, CEO & Director*

Thank you, Andrew. Our first quarter performance in combination with the guidance for Q2 reflects FMC's ability to mitigate cost increase through pricing actions and to fulfill robust demand and the challenging supply conditions. Our new product introduction continue to gain momentum with over 30% of expected full year revenue growth coming from products introduced in the last 5 years. Our global Plant Health business continues its impressive growth trajectory led by biologicals.

2022 is proving to be one of the most challenging years even considering all we've had to manage since 2019. Our continued success stems from our strong customer focus, the way FMC's cross-functional teams are overcoming headwinds and finally, the strength of our robust technology and new product pipeline. All these attributes will serve us as well through the remainder of the year.
I'll now turn the call back to the operator for questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today is from Vincent Andrews at Morgan Stanley.

**Vincent Stephen Andrews**
*Morgan Stanley, Research Division*

Mark and Andrew, just the 8% pricing in the quarter in all regions was extremely strong. It was almost twice what we've been anticipating, and I think it compares versus 4% in the fourth quarter. What did you do differently in the quarter, if anything, to get that strong pricing achievement so quickly? And if you could also comment whether there's any mix in that 8% number or just what mix would be in general?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Vincent, thank you. Mix for us resides in volume. So what you're seeing in price is all actual price invoice in the marketplace. Listen, I think we've been very clear as we went through the second half of last year, we started moving price in North America actually in Q2 and then raised in other regions as we run through the year. And you can see that in our results as pricing continues to build. What we realized that as we were going through Q4 was that costs were going to come in significantly higher than we had forecasted internally as we into 2022. So we made the decision that not only would we raise prices in markets that were active at that point, but also getting ready for other markets around the world.

So what you saw was really a broad-based move for FMC across pretty much every country to really drive price in anticipation of costs. And you could see that in the quarter. Pricing was higher than costs in the quarter. It's not going to look like that in every quarter as we go forward. If you will recall, we did say that we expected price to offset COGS impact of inflation and availability throughout the year. We still maintain that.

What you should see through our results, though, is that our pricing is much higher than we anticipated because that impact of the supply disruptions and cost in general is still flowing through the business. So we need that cost to make no mistake. And the commercial groups are very active in the marketplace. If we continue to see disruptions and costs, we will continue to move price. I think that's something that's very important, not only for FMC, but for the industry in general, things are not getting better out there. When I think about what we're seeing, I don't think we've seen the full impact of COVID yet in China, all the lockdowns that we see. We're having supply disruptions in China, probably as bad as they have been in the past. What worries me more is logistics out of China, the amount of freight that is, is tracked in the major parts in China, just the amount of freight ships that are stuck outside China suggests that, that way is yet to come. So we're getting ahead of the curve. I think that's the right thing to do.

Pricing is the main tool. Now that's not to say we're not managing costs internally. And we alluded to that in the call. We did move SG&A lower through actions that we took, some of that flowed into Q2 on our forecast. But when you look at the first half, it's a very strong first half.

**Operator**

Our next question comes from Laurent Favre from BNP Paribas Exane.

**Laurent Guy Favre**
*BNP Paribas Exane, Research Division*

Mark, it's really related to your market assessment. And I was wondering if you could talk a little bit about, I guess, volumes including mix, so really intensity of use. Are there reasons why you would not expect the higher intensity of use, more spraying. But also, can you talk maybe about the risk of down-trading with farmers being so squeezed on all sorts of input costs including fertilizers?

**Mark A. Douglas**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

Yes. Thanks, Laurent. When you look at the market today, we view the market, obviously, as a positive backdrop. Soft commodity prices are high. Stock-to-use ratios are very low, almost at 10-year lows in some cases. So we know many of the regions that are entering the planting seasons now are going to plant as much as they possibly can.

Allied to that is the fact that to get the most yield, you will want to use the best products. Now one thing that is often misunderstood is pricing is not necessarily related to value generics sell on price, we sell on value. So the usage of our products enables greater productivity and yield gains, and you can get with other types of products and that's proven to be true as we've gone through numerous cycles. When I think back to 2008 and 2009 in this business, the Ag business performed extremely well. Why? Because people want to get the highest yield they can and they tend to use the best technologies to do that. We're seeing that with demand for our products. Think about the comments I made about. We're going to have $600 million of revenue this year from products introduced in the last 5 years. That tells you that the newer products are the best ones to use to get that yield. We don't see people reducing sprays at this point. We think applications will continue as normal.

Remember, if you have insect pressure, you have a choice to make. You either remove the insects or you lose your crop. That's very important when it comes to actual usage of products. So our backdrop is positive. We believe the markets will continue like this, certainly this year and probably into next year as well. We don't see anything on the horizon that will change that. So from our perspective, it is making sure that we can get those high-quality, newer technologies to the marketplace, certainly in the right time frame given all the disruptions we're seeing.

**Laurent Guy Favre**
*BNP Paribas Exane, Research Division*

And as a follow-up on pricing, you mentioned that you're lacking some increases from last year in the quarter. Last year in Q2, I think your pricing at group level was flat as it was in Q1 last year. So I was wondering maybe could you talk about the specific areas either geographically or in terms of product categories where we should expect this, I guess, a slowdown of pricing into Q2?

**Mark A. Douglas**
*President, CEO & Director*

Yes. I mean in the U.S., we started to raise prices last year in Q2. So it should be a little more muted as we go through Q2 and then certainly into Q3 and into Q4. Latin America is not really an impact in Q2, a small amount, but you'll see that much more in Q3, certainly in Q4. So really I would focus on North America in Q2 on price. Everywhere else, we'll be catching up as we lap ourselves in Q3 and Q4.

**Operator**

Our next question comes from the line of Josh Spector from UBS.

**Joshua David Spector**
*UBS Investment Bank, Research Division*

Just on the comments about China and the logistics and supply risk. Just wondering how you're thinking about the potential risk this time versus a couple of years ago? And perhaps what's changed to maybe limit the volume impact on your side or make some of the cost pressure?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Thanks, Josh. So listen, the playbook is pretty similar for us. Procurement and supply chain working hand-in-hand on basically on a daily basis to understand the flow of goods. And you have to remember, you obviously read about the major lockdown in Shanghai, but I believe something like 330 million people are in lock down all over the country and that's changing day-to-day. So we're navigating day-to-day movement of goods from one facility to another or movement of goods to ports and out of the country.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's not dissimilar to what we've been doing over the last 2 to 3 years in China. We are seeing more congestion at the ports given just the amount of lockdowns. So it's a case of not just manufacturing the products in China or getting the immediate of fine chemicals, but then getting the product out of China. And that's where we're keeping a very close eye on what is happening with logistics.

We're using different ports to traditional ports that we would use. We are using more air freight to get products out in time. So I don't think it's anything what I would call different to what we've managed over the last 2 or 3 years, but the intensity is certainly higher than it has been as we've gone through Q4 and into Q1.

**Operator**

Our next question is from P.J. Juvekar from Citi. Unfortunately, we can't hear anything from your line, so we will have to move to the next question. The next question comes from Joel Jackson from BMO Capital Markets. .

**Joel Jackson**
*BMO Capital Markets Equity Research*

Mark, I don't want to put words in your mouth, but last quarter, we talked about [indiscernible] which is your upside and downside scenarios. And would you think that you're leaning more to the upper to the downside? I think you said leading more to the upside. What I see now in the upside is to get to the upside scenario of $1.4 billion, you need to have higher price increases than what you would have thought a few months ago. Can you maybe talk about it a little bit?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Sure, Joel. Listen, I mean we're anchored on $1.4 billion of EBITDA for a reason. It is the highest probability we see for the results for this year. And it is a range that we've put in place, and it's fair deliberately. The world is not simple right now, and I think everybody knows that. But certainly, when we work together -- on the February call, we had this view, and we haven't really changed it. In fact, if anything, with the Ukraine war situation has probably got worse from that perspective plus the COVID-19 lockdowns in China are worse than they were before. So you can see rationally why we kept the range wide. It doesn't mean to say that we're still not anchored on the $1.4 billion. We are.

You're right. If things were to move to the upper end of this range, we would have to see a better mix, even more pricing than we've got today and costs perhaps mitigating themselves with less FX impact. That's a lower probability than where we are at $1.4 billion. Also equally is a lower probability of the $1.32 billion at the low end of the range. I mean you have to believe that things would get so severe that we couldn't offset that by a price or that the market demand weakens because of significant weather issues in any regions. So I think the upper end is a low probability, but so is the low end. That's why we're anchored on that $1.4 billion at the middle. And when you see what we put there around the market growth, the strong demand, they're all relevant. We are getting the mid-single-digit price increases. Costs are elevated. We see that, but we are mitigating that. FX is a headwind. But once again, we're mitigating that with volume, which we have said we always would do and then we're trying to manage those supply disruptions. The only new one there is Russia and Ukraine and we're managing that. So you can see why we still kept the range wide, but there is a lower probability at each end of that range and a much higher probability in the middle.

**Joel Jackson**
*BMO Capital Markets Equity Research*

Okay. And then secondly here, I look at your margin guidance, like you had a bit of margin expansion in Q1. Then you're modeling the [indiscernible] guiding to some pretty tough margin contraction in Q2, some of the lowest margins you've had in a long time. Then Q3 and Q4, for [ Q4 and Q2 ] sorry, and for Q3 and Q4, you're guiding to maybe modest margin contraction. Can you sort of help bridge that a bit expansion in Q1 year-over-year, then pretty sizable contraction in Q2 and kind of modest contraction for the second half of the year?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew D. Sandifer**
*Executive VP & CFO*

Yes. Joel, it's Andrew. Let me take that one. Look, I think Mark commented earlier, we moved price very aggressively in Q1 because we see this continuing surge of cost inflation. So we did have a stronger comparison and a positive comparison between price and cost -- overall cost, not just COGS, in the first quarter that will not carry through to the full year. I think you also have to remember that Q1 of '21 was a relatively weak quarter for us. It was a down quarter in revenue, which, given the fixed cost we have in SG&A and R&D, resulted in a weaker comparison for margin. So while we're certainly pleased to see a positive EBITDA margin comparison, Q1 '22 versus Q1 '21, just given the magnitude of price movement to offset costs we're talking about, the mathematical dilution of margins is pretty substantial. If we are dollar for dollar offset cost increases with price increases, we're going to have a reducing percentage margin. It's just math. And you see that effect get more and more pronounced as you get into the latter part of the year, continued very high levels of cost increase. But then offsetting that, a very strong price increases. Unfortunately, that net-net is on a percentage margin dilutive. So the pattern you're seeing not unexpected. We do expect to see tougher comparisons on the EBITDA margin percent in the second half. But I do think it speaks well for the long-term future here, which is eventually costs will level off. I don't believe we're in a position to call a bend in the curve. As Mark highlighted, there's certainly a number of uncertainties, particularly around logistics and ocean freight coming in and out of China at the moment that don't suggest that we've reached the bend in that curve yet, but there is a bend that they will come. And with the stickiness of pricing in our industry, that will be the opportunity to see percentage margin begin to expand and recover. But for the rest of this year, I think that investments in our SG&A and R&D growth and overall deliver what we believe to be a very strong full year performance in very challenging times.

**Operator**

Our next question is from Christopher Parkinson of Mizuho Securities.

**Christopher S. Parkinson**
*Mizuho Securities USA LLC, Research Division*

When investors take the time to actually parse out the growth rates for the diamides and biologicals, perhaps kind of the other core products as well as some new launch products. And what are you most excited about for 2024? And perhaps an alternative way of asking that is just how would you generally characterize your aggregate growth contribution from more environmentally CPC formulations versus the past few years?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Thanks, Chris. Look, the diamides are growing pretty much as we've said they would grow. They're in the high single digits. We saw that in Q1. We'll see that through the rest of the year. When you look at our overall growth rates for the year, you can see that the rest of the portfolio is also growing strongly. Plant Health, we talk about a lot because the biological investment there is going really, really well. I would say that when I think about on average of what, somewhere around 7% revenue growth, the rest of the portfolio is growing in that mid-single digits plus and the new products that we're introducing are growing much faster than that. We have about a 1.5% drag on the portfolio just because of registration losses. It's been a little lower in the first half of this year. It might be a little lower than that full year, maybe 1% range, but it's about the right place to be. You can see that the portfolio overall is performing very well.

I talked about the $600 million of revenue from the products in the last 5 years, but I think it's the growth rate of that that's occurring. It was $400 million last year. It's $600 million this year. That means we got $200 million of brand new growth. So that's what we should be focused on, and that is coming from not only the big products that we launch, whether it's a Fluindapyr fungicide or an Isoflex herbicide, those are the bigger products that are in the multi-hundred million dollars of range when they reach their peak size. What often gets overlooked is the amount of work we do on brand new formulations that come to market every year.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And last year, I think we had something like $170 million, $180 million of products introduced within the year, it's slightly less than that this year, but it's still substantial. Don't underestimate the value that, that brings. Those products are new. They are coming to market at higher margins, so you're improving the mix. So it's all 3 things for us. It's the core. It's the local formulations that we do in our research facilities around the world. It's the very large pipeline products that come through. And obviously, the diamides continue in that high single-digit range.

**Christopher S. Parkinson**
*Mizuho Securities USA LLC, Research Division*

And just a very quick follow-up. Mark, before everything that's happening with the war, the EU is actually evaluating a host of chemistries. And there are 1 or 2 of them that are in terms of environmentally, let's say, friendliness or lack thereof. And 2 of them and 1 in particular, is a direct competitor of the diamide portfolio. How is your team assessing the potential opportunity for the diamides based on the potential for further regulatory actions? I mean it seems like it's already benefited -- has been benefiting you over the last several years and potentially will benefit you. But what are your updated thoughts on that and how that could potentially further contribute to that portfolio's growth?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Look, I mean, as we think further forward on the diamides, not only are we growing ourselves. Our new partner sales are growing nicely as well, roughly at the same rate that we are internally to FMC. Obviously, we're taking new products into new markets with new registrations. Our partners are doing the same. But we are taking market share in insecticides with the diamide. When you look at some of the older chemistries, whether it be the neonicotinoids or whether it be the carbonates and now some of the other chemistries also coming under pressure, in fact, some of our own chemistries coming under pressure. We're losing registrations of Indoxacarb in Europe this year, which is a great molecule, but doesn't fit the profile for the EU.

That churn is happening in the industry, and we are taking advantage of that. We expect that to continue. It is one of the growth drivers for the diamides as we look forward for the next 10 years. That will not slow down. In fact, you could argue the replacement of older technologies will accelerate as we go through time, especially in jurisdictions like Europe. So it is a positive for us. We see it that way, and we have taken advantage of it, and we'll continue to do so.

**Operator**

Our next question is from Tony Jones at Redburn.

**Tony Jones**
*Redburn (Europe) Limited, Research Division*

So you talked about cost inflation should be peaking and reversing at some point. But when we look at the industry in the past, we've seen some companies give back price. What is your expectation from an FMC perspective, because the portfolio today is very different to the last time or in a period of cost deflation. So any thoughts on that would be really helpful.

**Mark A. Douglas**
*President, CEO & Director*

Thanks, Tony. Yes, I mean, listen, you had a comment earlier about the fact that we sell value, and that's something that we have always done and will continue to do. When you look at some of the chemistries in this space, they are very commoditized and almost index-linked. You can think of some of the nonselective herbicides, which move up very quickly and move down very quickly. Our portfolio historically has never done that. And you could argue that with the portfolio as it is today, it is even less likely to move quickly. So it's taken us a while to get to this point. We didn't recover all the costs last year. Our intent is when we come out of this cycle that our margins will have in fact, improved because of all the efforts that we've put in place with regards to SAP, et cetera. So our plan over the long haul is to make sure that these

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

prices are sticky by selling the value aspect of the portfolio. We don't have the nonselective herbicides. We don't have that large generic portfolio. So we do not expect to have that large swing in price as we come through the other side of this.

**Tony Jones**
*Redburn (Europe) Limited, Research Division*

That's really helpful. And just a really quick follow-up. Can you indicate the rough additional SG&A costs, maybe in absolute terms moving from Q1 to Q2, just so that you can make us accurate in the model.

**Mark A. Douglas**
*President, CEO & Director*

Andrew, do we have an absolute number? I don't think we do, do we?

**Andrew D. Sandifer**
*Executive VP & CFO*

We don't. Look, I would just look at -- I would say that I think our SG&A as a percentage of sales is probably a bit light in Q1 relative to what you should expect in Q2.

**Operator**

Our next question comes from Michael Piken from Cleveland Research. Unfortunately, we can't hear anything from Michael. We'll move on to the next question. The next question is from Arun Viswanathan from RBC Capital Markets.

**Arun Shankar Viswanathan**
*RBC Capital Markets, Research Division*

So it looks like you're guiding to about 6% EBITDA growth at the midpoint in '22. And understandably, there's a lot of challenges that you guys have detailed on costs and so on and uncertainty. But when you look out into '23 and '24, do you expect to get back into kind of a 7% to 9% EBITDA growth rate and potentially even at the upper end of that, just given some of the replacement that has to go on for loss production out of Ukraine? How should we think about kind of the new outlook for what FMC should it be within the range that you provided in the past back in your '18 Investor Day?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Thanks, Arun. Listen, next year is the last year of our 5-year plan. We're tracking well on revenue right in the middle of the range. We are slightly below on EBITDA. But as Andrew and I were discussing the other day, since '18 through '21, we've had over $600 million of cost and FX headwinds, and we're only just slightly below the lower end of the range. So look I'm not going to guide '23, it is way too early to guide '23. But there's no reason to believe that if the situation starts to normalize, but we wouldn't be in that 7% to 9% range. We're obviously not going to cover the gap that we've had over the last couple of years. So we will likely end up somewhere at the low end of that range at the end of the 5-year plan commendable results to say the least, given everything that we've had. And frankly, this year's cost and FX is higher than we've seen at any point of the last 5 years in terms of this plan. So we're swimming against a very strong tide and right at the edge of our range. So we do feel that the company has performed well since 2018 on both metrics.

After 2023, we are going to be putting together a new long-range plan. Whatever time line that takes, we will make that decision. We would expect to come out with a new long-range plan towards the end of 2023, where we will be public with where the company is going over what time frame. But for now, we're just sticking with where we are and obviously that 7% to 9% EBITDA range is what we'd be aiming for next year.

**Arun Shankar Viswanathan**
*RBC Capital Markets, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And if I could ask a follow-up to that, is there any discrete items, whether it be the deals that you guys have signed for partnerships or maybe some fungicide M&A or anything like that, that you could point to that would -- that could help us understand and frame kind of the longer-term growth possibility?

**Mark A. Douglas**
*President, CEO & Director*

No. Listen, I think from a portfolio perspective, I think you've got all the pieces of information that we've given out in terms of the pipeline growth, the diamide longer-term view, the portfolio itself, the core portfolio. At this point in time, obviously, we're always looking at M&A from a technology perspective. They tend to play out over the long haul. It wouldn't impact the near term, but we are looking at a number of items on the technology side of M&A. So I don't think there's anything there that we have that you don't have in terms of trying to model where the future growth of the company is. I think, obviously, as we go through this planning cycle, we'll have a much better view at the end of '23 around where the company will be going over the next decade.

**Operator**

Our next question will come from Adam Samuelson from Goldman Sachs.

**Adam L. Samuelson**
*Goldman Sachs Group, Inc., Research Division*

I guess some of this might be tricky because of where you are in the season and -- but I would just love to get your thoughts on channel inventories. It seemed like there was a good amount of prebuying in a lot of different regions ahead of maybe an expectation of additional price increases, concerns around supply chain. And just if you could take to around the world about where you think channel inventory sit as you're going into certainly the northern hemisphere growing season and in Brazil where you're more off season? Just how you think activity levels and restocking sits there?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Sure. Thank you. Generally speaking, we are not concerned about channel inventories. There are a couple of pockets in the world. One we alluded to, which is India. In Q4, weather patterns were not great, and there is a reduction in rice acres in India, and you saw some of the comments about strong growth in ASEAN and Australia offset by India. We're taking the opportunity to reduce our channel inventories in India at the beginning of the year. We expect that to normalize pretty quickly as we go through the first half year.

Outside of that, Northern Hemisphere, I don't think we'll carry in excess inventories as we're going into the channel into the seasons. Recommendations from our group are that we expect normal tax pressures for the years going forward in Europe and in the U.S. here. So we're not seeing anything that we would say is concerning at all. They seem pretty normal to us.

In Latin America, for us, normal. Argentina, Brazil, Mexico, India where we should be at this point of the season, demand has been very good for us. Our growth rates are in line with how we're penetrating the market. You'll recall on the call here, I just talked about the fact that we've been spending a lot of time and effort improving our market access into the soy complex in Brazil, and that's where our growth is coming from, whether it be with insecticides or some of the new herbicides that we have in place. We're not worried about where our inventory levels are at all in Brazil or Argentina.

**Adam L. Samuelson**
*Goldman Sachs Group, Inc., Research Division*

And then just a quick follow-up. On the decision to cease operations in Russia kind of implies about $75 million of business there last year. Just -- is that something as we're modeling that going away a percentage of tail to winding down activities so to just fall to zero immediately. And I guess the corollary question would be, in Ukraine, what's the size of the business in Ukraine and just what's the expectation

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on volumes there, just given a lot of the planting disruptions and logistical issues of getting product into the country?

**Mark A. Douglas**
*President, CEO & Director*

Sure. I'll let Andrew comment on the actual numbers. We are working through what the financial impact will be, both from a P&L and a balance sheet impact. We do believe that we have opportunities to offset maybe not all of that impact, but certainly the vast majority of it. So we're working through that right now. I would say, the Ukraine, we're expecting very low planted acres, especially obviously in the East. Our groups are active. Our salespeople are out, growers are planting. It's just under very, very difficult conditions. Getting material into the country, we are doing that. It's once you're in country is working through distribution, et cetera. It's not, as you can imagine, particularly easy. So I would expect acreage to be down significantly in the Ukraine, but we will obviously do everything we can to get material into that country and make sure that they can plant every acre they can. Andrew, do you just want to comment on the rough impact?

**Andrew D. Sandifer**
*Executive VP & CFO*

Sure. Just some dimension for you on Russia and Ukraine. Between the 2 countries, it's about $100 million in revenue in 2021, about 70% in Russia, 30% Ukraine. The Russian business, we did operate in the first quarter. What was built into our budgets for the remaining 3 quarters of the year was about $20 million to $25 million of EBITDA contribution from the Russian business. So that's the headwind we've got just to address with either redirecting the material, no longer being sent to that market to other markets are finding other opportunities. So that's certainly a part of our upside now by the discussion that Mark went through in his prepared comments about the guidance for this year.

Regarding Ukraine, as Mark mentioned, we are operating, we do not expect it to hit our initial expectations for the year, but the business is operating. We're continuing to ship, and we will continue to support Uranian farmers as the best we can. I do think you should expect that we will take a restructuring charge in the second quarter for the exit of the Russia business. We are not in a position right now to finalize that number, given that we're still in the process of finalizing the exact pieces of our exit there. But there will be a largely noncash restructuring charge in the second quarter to reflect the exit of the Russia business.

**Operator**

Our final question on the call today comes from Michael Sison from Wells Fargo.

**Michael Joseph Sison**
*Wells Fargo Securities, LLC, Research Division*

You sort of noted that you felt there could be growth in 2023 in terms of the Ag market, any thoughts behind that? And why you think the markets can maybe extend the cycle for another year or so?

**Mark A. Douglas**
*President, CEO & Director*

Yes. I mean, listen, we've gone through a period of very low growth in the Ag sector over the last, I would say, last 3 to 4 years. Take a step back and look at what is happening on soft commodity prices, what would you have to believe that would drive soft commodities lower right now. I mean, certainly, the Russia-Ukraine situation is driving cereals. You had weather impacts in Latin America last season in the south of Brazil, north of Argentina. We're watching weather very closely around the world. There is always a weather impact somewhere to disrupt the market. That's just a fact of life. So you've got to believe that soft commodities right now are going to stay elevated. And that being the case, that's a good -- generally, a good backdrop for us as crop protection input providers. So we're looking at '23 as -- it is very early. We're running the start of May, but we're looking at '23 as an extension of '22. That's how we're thinking of it right now. It should be a positive backdrop. We don't see any negatives out there that is going to fundamentally shift this. So '23 should be a good year.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Michael Joseph Sison**
*Wells Fargo Securities, LLC, Research Division*

And then I think you are looking or you're trying to reduce some of your manufacturing footprint in China and move it to other parts of the world. Where are you sort of in that endeavor and have you made any meaningful progress?

**Mark A. Douglas**
*President, CEO & Director*

Yes. Mike, when we've talked about this subject before, I always allude back to the 2015 time frame when we bought Cheminova. Prior to that, we were about 95% to 90% dependent on China for pretty much all the raw materials, intermediates, fine and specialty chemicals. We've been working, and we've had a program to really ensure that we have a balanced supply chain and manufacturing footprint around the world, not only with the Cheminova acquisition, but with the DuPont acquisitions as well. And today, we're probably in that 43%, 45% range dependent upon China. Our aim is to get that to sub-40% within the next year or so. We've done a very good job of setting up manufacturing with the assets, whether it be in India or Europe. We've shifted some toll manufacturing into Europe and Mexico, as an example, to see Brazil. We will continue to do that. It is something that, frankly, is never ending. I would like to get it into the 30% range. I don't know whether my manufacturing and procurement people would agree with that. But I think if we could get a China dependency on 30-plus percent would be almost ideal for us with a good balance between India and Europe and the U.S. being the rest. I think we'll be in great shape by then.

**Abizar Zaki**
*Investor Relations Director*

Okay. Thank you very much. That is all the time that we have for the call today. Thank you, and have a good day.

**Operator**
This concludes the FMC Corporation conference call. Thank you for attending. You may now disconnect.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.