Exhibit 20 (excerpted)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended March 31, 2023**

**or**

☐ **Transition Report Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission File Number 1-2376**

# FMC CORPORATION
**(Exact name of registrant as specified in its charter)**

| | | |
|---|---|---|
| **Delaware** | | **94-0479804** |
| (State or other jurisdiction of incorporation) | | (I.R.S. Employer Identification No.) |
| **2929 Walnut Street**  **Philadelphia**  **Pennsylvania** | | **19104** |
| (Address of principal executive offices) | | (Zip Code) |

**Registrant's telephone number, including area code: 215-299-6000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.10 per share** | **FMC** | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes ☐ No ☒

As of March 31, 2023, there were 125,039,191 of the registrant's common shares outstanding.

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
FMC Corporation:

*Results of Review of Interim Financial Information*

We have reviewed the condensed consolidated balance sheet of FMC Corporation and subsidiaries (the Company) as of March 31, 2023, the related condensed consolidated statements of income (loss), comprehensive income (loss), and changes in equity for the three-month period ended March 31, 2023 and 2022, and the related condensed consolidated statements of cash flows for the three-month period ended March 31, 2023 and 2022, and the related notes (collectively, the consolidated interim financial information). Based on our reviews, we are not aware of any material modifications that should be made to the consolidated interim financial information for it to be in conformity with U.S. generally accepted accounting principles.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheet of the Company as of December 31, 2022, and the related consolidated statements of income (loss), comprehensive income (loss), changes in equity, and cash flows for the year then ended (not presented herein); and in our report dated February 24, 2023, we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2022, is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

*Basis for Review Results*

This consolidated interim financial information is the responsibility of the Company's management. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our reviews in accordance with the standards of the PCAOB. A review of consolidated interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the PCAOB, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

/s/ KPMG LLP

Philadelphia, Pennsylvania
May 2, 2023

**PART II - OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

*Other matters.* For additional discussion of developments in the legal proceedings disclosed in Part I, Item 3 of our 2022 Form 10-K, see Notes 12 and 19 to the condensed consolidated financial statements as well as Part II, Item 5 included within this Form 10-Q.

**ITEM 1A. RISK FACTORS**

In addition to the other information set forth in this Form 10-Q, you should carefully consider the factors discussed in Part I, Item 1A "Risk Factors" of our 2022 Form 10-K filed with the U.S. Securities and Exchange Commission (the "SEC") for the fiscal year ended December 31, 2022 and the Company's other filings with the SEC, which are available at www.sec.gov and on the Company's website at www.fmc.com.

**Forward-Looking Information**

We wish to caution readers not to place undue reliance on any forward-looking statements contained herein, which speak only as of the date made. We specifically decline to undertake any obligation to publicly revise any forward-looking statements that have been made to reflect events or circumstances after the date of such statements or to reflect the occurrence of anticipated or unanticipated events.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

### ISSUER PURCHASES OF EQUITY SECURITIES

| Period | Total Number of Shares Purchased [1] | Average Price Paid Per Share | Publicly Announced Program | | | Maximum Dollar Value of Shares that May Yet be Purchased |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Total Number of Shares Purchased | | Total Dollar Amount Purchased | |
| January 2023 | 577 | $ 127.26 | - | $ | - | $ 900,000,105 |
| February 2023 | 364,085 | 129.01 | 160,000 | | 20,645,564 | 879,354,541 |
| March 2023 | 36,776 | 128.38 | 33,815 | | 4,354,412 | 875,000,129 |
| **Total Q1 2023** | **401,438** | **$ 128.22** | **193,815** | **$** | **24,999,976** | **$ 875,000,129** |

_____
(1) Includes shares purchased in open market transactions by the independent trustee of the FMC Corporation Non-Qualified Savings and Investment Plan ("NQSP").

In February 2022, the Board of Directors authorized the repurchase of up to $1 billion of the Company's common stock. During the three months ended March 31, 2023, 193,815 shares were repurchased under the publicly announced repurchase program. At March 31, 2023, $875 million remained unused under our Board-authorized repurchase program. This repurchase program does not include a specific timetable or price targets and may be suspended or terminated at any time. Shares may be purchased through open market or privately negotiated transactions at the discretion of management based on its evaluation of market conditions and other factors. We also reacquire shares from time to time from employees in connection with the vesting, exercise and forfeiture of awards under our equity compensation plans.

**ITEM 5. OTHER INFORMATION**

None.

**ITEM 6. EXHIBITS**

*10.1    FMC Corporation 2023 Incentive Stock Plan (Exhibit 10.1 to the Current Report on the Form 8-K filed on April 27, 2023).

*10.1a    Form of Employee Restricted Stock Unit Award under the FMC Corporation 2023 Incentive Stock Plan (Exhibit 10.1a to the Current Report on the Form 8-K filed on April 27, 2023).

*10.1b    Form of Employee Non-Qualified Stock Option Award under the FMC Corporation 2023 Incentive Stock Plan (Exhibit 10.1b to the Current Report on the Form 8-K filed on April 27, 2023).

*10.1c    Form of Non-Employee Director Restricted Stock Unit Award Agreement - Annual Grant under the FMC Corporation 2023 Incentive Stock Plan (Exhibit 10.1c to the Current Report on the Form 8-K filed on April 27, 2023).

*10.1d    Form of Non-Employee Director Restricted Stock Unit Award Agreement - Retainer Grant under the FMC Corporation 2023 Incentive Stock Plan (Exhibit 10.1d to the Current Report on the Form 8-K filed on April 27, 2023).

15    Awareness Letter of KPMG LLP

31.1    Chief Executive Officer Certification

31.2    Chief Financial Officer Certification

32.1    CEO Certification of Quarterly Report

32.2    CFO Certification of Quarterly Report

101    Interactive Data File (The instance document does not appear in the interactive data file because its XBRL tags are embedded within the inline XBRL document.)

* Incorporated by reference
† Management contract or compensatory plan or arrangement