Exhibit 23 (excerpted)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-Q

---

☒     **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended June 30, 2023**

**or**

☐     **Transition Report Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission File Number 1-2376**

---

# FMC CORPORATION
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **94-0479804** |
| (State or other jurisdiction of incorporation) | (I.R.S. Employer Identification No.) |
| **2929 Walnut Street**    **Philadelphia**    **Pennsylvania** | **19104** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: 215-299-6000**

---

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.10 per share** | **FMC** | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes ☐ No ☒

As of June 30, 2023, there were 124,733,535 of the registrant's common shares outstanding.

(1)    Referred to as operating profit.

(2)    Adjusted EBITDA is defined as operating profit excluding corporate special charges (income) and depreciation and amortization expense.

(3)    See Note 9 for details of restructuring and other charges (income).

(4)    Our non-operating pension and postretirement charges (income) are defined as those costs (benefits) related to interest, expected return on plan assets, amortized actuarial gains and losses and the impacts of any plan curtailments or settlements. These are excluded from our operating results and are primarily related to changes in pension plan assets and liabilities which are tied to financial market performance and we consider these costs to be outside our operational performance. We continue to include the service cost and amortization of prior service cost in our operating results noted above. These elements reflect the current year operating costs to our business for the employment benefits provided to active employees.

## ADJUSTED EARNINGS RECONCILIATION

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2023 | | 2022 | |
| (in Millions) | (unaudited) | | | | (unaudited) | | | |
| **Net income (loss) attributable to FMC stockholders (GAAP)** | $ | 30.5 | $ | 134.2 | $ | 226.5 | $ | 341.6 |
| Corporate special charges (income), pre-tax [1] | | 11.9 | | 84.7 | | 29.0 | | 98.1 |
| Income tax expense (benefit) on Corporate special charges (income) [2] | | (2.3) | | (0.9) | | (4.3) | | (1.8) |
| Corporate special charges (income), net of income taxes | $ | 9.6 | $ | 83.8 | $ | 24.7 | $ | 96.3 |
| Adjustment for noncontrolling interest, net of tax on Corporate special charges (income) | | 0.8 | | - | | (2.0) | | - |
| Discontinued operations attributable to FMC Stockholders, net of income taxes | | 21.5 | | 10.8 | | 33.0 | | 26.0 |
| Non-GAAP tax adjustments [3] | | 0.2 | | 16.3 | | 3.5 | | 19.9 |
| **Adjusted after-tax earnings from continuing operations attributable to FMC stockholders (Non-GAAP)** | $ | **62.6** | $ | **245.1** | $ | **285.7** | $ | **483.8** |

_____

(1)    Represents restructuring and other charges (income), and non-operating pension and postretirement charges (income).

(2)    The income tax expense (benefit) on corporate special charges (income) is determined using the applicable rates in the taxing jurisdictions in which the corporate special charge (income) occurred and includes both current and deferred income tax expense (benefit) based on the nature of the Non-GAAP performance measure.

(3)    We exclude the GAAP tax provision, including discrete items, from the Non-GAAP measure of income, and instead include a Non-GAAP tax provision based upon the annual Non-GAAP effective tax rate. The GAAP tax provision includes, and the Non-GAAP tax provision excludes, certain discrete tax items including, but not limited to: income tax expenses or benefits that are not related to current year ongoing business operations; tax adjustments associated with fluctuations in foreign currency remeasurement of certain foreign operations; certain changes in estimates of tax matters related to prior fiscal years; certain changes in the realizability of deferred tax assets; and changes in tax law. Management believes excluding these discrete tax items assists investors and securities analysts in understanding the tax provision and the effective tax rate related to ongoing operations thereby providing investors with useful supplemental information about FMC's operational performance. See *Provision for income taxes* within this section of this Form 10-Q for a reconciliation of the Non-GAAP tax provision from the GAAP tax provision.

## ORGANIC REVENUE GROWTH RECONCILIATION

| | Three Months Ended June 30, 2023 vs. 2022 | Six Months Ended June 30, 2023 vs. 2022 |
|---|---|---|
| **Total Revenue Change (GAAP)** | (30) % | (16) % |
| Less: Foreign Currency Impact | (2) % | (3) % |
| **Organic Revenue Change (Non-GAAP)** | **(28)%** | **(13)%** |

**Results of Operations**

In the discussion below, all comparisons are between the periods unless otherwise noted.

<u>**Revenue**</u>

*Three Months Ended June 30, 2023* vs. *2022*

Revenue of $1,014.5 million decreased $437.8 million, or approximately 30 percent, versus the prior year period. The decline was primarily driven by a 31 percent decrease from volumes, which were substantially down across all four regions due to an abrupt and unexpected reduction in inventory by growers and the distribution channel. Favorable pricing actions accounted for an approximate 3 percent increase, which was partially offset by unfavorable foreign currency impacts of approximately 2 percent.

*Six Months Ended June 30, 2023* vs. *2022*

Revenue of $2,358.8 million decreased $444.3 million, or approximately 16 percent, versus the prior year period. The decline was primarily drive by an 18 percent decrease from volumes, which were substantially down across all four regions due to an abrupt and unexpected reduction in inventory by growers and the distribution channel. Favorable pricing actions accounted for an approximate 5 percent increase, which was partially offset by unfavorable foreign currency impacts of approximately 3 percent.

**Total Revenue by Region**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| (in Millions) | 2023 | 2022 | 2023 | 2022 |
| North America | $ 272.5 | $ 364.6 | $ 769.8 | $ 754.4 |
| Latin America | 268.7 | 431.5 | 502.3 | 697.4 |
| Europe, Middle East & Africa (EMEA) | 207.6 | 280.8 | 590.6 | 679.0 |
| Asia | 265.7 | 375.4 | 496.1 | 672.3 |
| **Total Revenue** | **$ 1,014.5** | **$ 1,452.3** | **$ 2,358.8** | **$ 2,803.1** |

*Three Months Ended June 30, 2023 vs. 2022*

<u>North America:</u> Revenue decreased approximately 25 percent year-over-year growth (down 24 percent organically) primarily due to lower volumes as partners, retailers, and growers acted to reduce inventory. The decline in volumes was partially offset by an increase in sales in Canada driven by high demand for branded diamides due to high insect pressure in the country.

<u>Latin America:</u> Revenue decreased approximately 38 percent versus the second quarter of 2022. The region experienced volume pressure due to channel inventory management, similar to other regions. However, the decrease in revenues was also driven by significantly lower volumes in Brazil and Argentina as a result of historic drought conditions.

<u>EMEA:</u> Revenue decreased approximately 26 percent (down 24 percent organically) compared to the prior year period. While there were strong pricing gains in the region, the decline in volumes due to channel destocking and adverse weather conditions resulted in an overall decrease in revenues year-over-year.

<u>Asia:</u> Revenue decreased approximately 29 percent (down 23 percent organically) year-over-year due to lower volumes as channel inventory reduction continues to be a focus in the region, specifically in India. Adverse weather across the region also contributed to lower volumes.

*Six Months Ended June 30, 2023* vs. *2022*

<u>North America:</u> Revenue increased approximately 2 percent year-over-year growth. Product mix in the region improved during the first quarter of 2023 due to new branded products launched within the last five years and there was a higher demand in Canada for branded diamides. However, the increases were significantly offset by the decrease in volumes as partners, retailers, and growers acted to reduce inventory during the second quarter of 2023.

<u>Latin America:</u> Revenue decreased approximately 28 percent versus the six months ended June 30, 2022 driven primarily by the pressure on volumes due to channel destocking and historic drought conditions in Brazil and Argentina. Pricing increases partially offset the decline in volumes during the period.

EMEA: Revenue decreased approximately 13 percent compared to the prior year period as a result of the decline in volumes due to a channel inventory management and adverse weather conditions in the region.

Asia: Revenue decreased approximately 26 percent versus the prior year period as channel inventory reduction continued during the period, specifically in India, resulting in a decline in volumes during the period. FX continued to be a headwind in the region, specifically the currency depreciation of the Pakistani Rupee.

**Gross margin**

*Three Months Ended June 30, 2023 vs. 2022*

Gross margin of $432.8 million decreased $158.2 million, or approximately 27 percent versus the prior year period. The decrease was primarily caused by the pressure on volumes across all regions due to market conditions. Gross margin percent of approximately 43 percent increased compared to approximately 41 percent in the prior year period, driven primarily by positive price movement during the quarter as well as a decline in input costs.

*Six Months Ended June 30, 2023* vs. *2022*

Gross margin of $1,014.1 million decreased $149.6 million, or approximately 13 percent versus the prior year period resulting from the decrease in volumes caused by a significant reduction in inventory by the distribution channel. Gross margin percent of approximately 43 percent increased compared to approximately 42 percent in the prior year period, driven primarily by higher prices.

**Selling, general and administrative expenses**

*Three Months Ended June 30, 2023 vs. 2022*

Selling, general and administrative expenses of $205.6 million increased $10.8 million, or 6 percent, versus the prior year period. Spending increased globally as a result of investments in growth and inflation, which was partially offset by operating cost mitigation actions implemented during the quarter.

*Six Months Ended June 30, 2023* vs. *2022*

Selling, general and administrative expenses of $391.5 million increased $8.2 million, or 2 percent, versus the prior year period.

**Research and development expenses**

*Three Months Ended June 30, 2023 vs. 2022*

Research and development expenses of $87.7 million increased $8.2 million or 10 percent compared to the previous year. The increase in research and development expenditures is related to continued investment in our new active ingredient pipeline, including our recently acquired pheromones business, as well as inflation and labor cost increases.

*Six Months Ended June 30, 2023* vs. *2022*

Research and development expenses of $166.1 million increased $14.8 million or 10 percent compared to the previous year. The increase in research and development expenditures is related to continued investment in our new active ingredient pipeline, including our recently acquired pheromones business, as well as inflation and labor cost increases.

**Depreciation and amortization**

*Three Months Ended June 30, 2023 vs. 2022*

Depreciation and amortization of $48.1 million increased $5.3 million or 12 percent as compared to the prior year period of $42.8 million. The increase was driven by additional assets placed into service during 2023 as well as accelerated depreciation associated with certain assets at one our facilities.

*Six Months Ended June 30, 2023* vs. *2022*

Depreciation and amortization of $92.8 million increased $7.6 million or 9 percent as compared to the prior year period of $85.2 million. The increase was driven by additional assets placed into service during 2023 and accelerated depreciation associated with certain assets at one of our facilities.

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
FMC Corporation:

*Results of Review of Interim Financial Information*

We have reviewed the condensed consolidated balance sheet of FMC Corporation and subsidiaries (the Company) as of June 30, 2023, the related condensed consolidated statements of income (loss), comprehensive income (loss), and changes in equity for the three-month and six-month periods ended June 30, 2023 and 2022, and the related condensed consolidated statements of cash flows for the six-month periods ended June 30, 2023 and 2022, and the related notes (collectively, the consolidated interim financial information). Based on our reviews, we are not aware of any material modifications that should be made to the consolidated interim financial information for it to be in conformity with U.S. generally accepted accounting principles.

We have previously audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheet of the Company as of December 31, 2022, and the related consolidated statements of income (loss), comprehensive income (loss), changes in equity, and cash flows for the year then ended (not presented herein); and in our report dated February 24, 2023, we expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated balance sheet as of December 31, 2022 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

*Basis for Review Results*

This consolidated interim financial information is the responsibility of the Company's management. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our reviews in accordance with the standards of the PCAOB. A review of consolidated interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the PCAOB, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

/s/ KPMG LLP

Philadelphia, Pennsylvania
August 3, 2023

54

**PART II - OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

*Other matters.* For additional discussion of developments in the legal proceedings disclosed in Part I, Item 3 of our 2022 Form 10-K, see Notes 12 and 19 to the condensed consolidated financial statements as well as Part II, Item 5 included within this Form 10-Q.

**ITEM 1A. RISK FACTORS**

In addition to the other information set forth in this Form 10-Q, you should carefully consider the factors discussed in Part I, Item 1A "Risk Factors" of our 2022 Form 10-K filed with the U.S. Securities and Exchange Commission (the "SEC") for the fiscal year ended December 31, 2022 and the Company's other filings with the SEC, which are available at www.sec.gov and on the Company's website at www.fmc.com.

**Forward-Looking Information**

We wish to caution readers not to place undue reliance on any forward-looking statements contained herein, which speak only as of the date made. We specifically decline to undertake any obligation to publicly revise any forward-looking statements that have been made to reflect events or circumstances after the date of such statements or to reflect the occurrence of anticipated or unanticipated events.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

**ISSUER PURCHASES OF EQUITY SECURITIES**

| Period | Total Number of Shares Purchased [1] | Average Price Paid Per Share | Publicly Announced Program | | Maximum Dollar Value of Shares that May Yet be Purchased |
| --- | --- | --- | --- | --- | --- |
| | | | Total Number of Shares Purchased | Total Dollar Amount Purchased | |
| April 2023 | 2,551 | $ 120.57 | - | $ - | $ 875,000,129 |
| May 2023 | 464,999 | 109.42 | 457,237 | 49,999,988 | 825,000,141 |
| June 2023 | 43 | 105.55 | - | - | 825,000,141 |
| **Total Q2 2023** | **467,593** | **$ 109.48** | **457,237** | **49,999,988** | **$ 825,000,141** |

_____
(1) Includes shares purchased in open market transactions by the independent trustee of the FMC Corporation Non-Qualified Savings and Investment Plan ("NQSP").

In February 2022, the Board of Directors authorized the repurchase of up to $1 billion of the Company's common stock. During the six months ended June 30, 2023, 651,052 shares were repurchased under the publicly announced repurchase program. At June 30, 2023, $825 million remained unused under our Board-authorized repurchase program. This repurchase program does not include a specific timetable or price targets and may be suspended or terminated at any time. Shares may be purchased through open market or privately negotiated transactions at the discretion of management based on its evaluation of market conditions and other factors. We also reacquire shares from time to time from employees in connection with the vesting, exercise and forfeiture of awards under our equity compensation plans.

**ITEM 5. OTHER INFORMATION**

_Securities Trading Plans of Directors and Officers_

During the three months ended June 30, 2023, none of the directors or officers, as defined in Rule 16a-1(f) of the Securities Exchange Act of 1934, of the Company adopted or terminated (i) a Rule 10b5-1 trading arrangement, as defined in Item 408(a) under Regulation S-K of the Securities Act of 1933, or (ii) a non-Rule 10b5-1 trading arrangement, as defined in Item 408(c) under Regulation S-K of the Securities Act of 1933.

56