Exhibit 29

Federal Appeal Court of the 1st
Region
PJe - Electronic Judicial Process

07/28/2023

# Number: **1056475-07.2022.4.01.3400**

Class: **COMMON CIVIL PROCEDURE**

Judging Body: **1st Federal Civil Trial Court of the SJDF**

Last assignment: **08/29/2022**

Amount in Dispute: **BRL 1,000.00**

Topics: **Company Registration**

In camera proceeding? **NO**

Legal aid? **NO**

Request for a preliminary injunction or interlocutory relief? **YES**

| Parties | Attorney/Linked Third Party |
|---|---|
| **RAINBOW DEFENSIVOS AGRICOLAS LTDA (PLAINTIFF)** | **BRUNO DE SOUZA CARDOSO (ATTORNEY)** |
| **NATIONAL HEALTH SURVEILLANCE AGENCY - ANVISA (DEFENDANT)** | |
| **BRAZILIAN INSTITUTE OF THE ENVIRONMENT AND RENEWABLE NATURAL RESOURCES - IBAMA (DEFENDANT)** | |
| **FEDERAL UNION (DEFENDANT)** | |

| Documents | | | |
|---|---|---|---|
| ID | Date of Signature | Document | Type |
| 1732515563 | 07/28/2023 3:51 p.m. | Decision | Decision |



**JUDICIARY**
**FEDERAL COURTS**
**Federal District Judiciary Section**
1st Federal Civil Trial Court of the SJDF

---

**CASE:** 1056475-07.2022.4.01.3400
**CLASS:** COMMON CIVIL PROCEDURE (7)
**PLAINTIFFS:** RAINBOW DEFENSIVOS AGRICOLAS LTDA
**PLAINTIFF REPRESENTATIVES:** BRUNO DE SOUZA CARDOSO - SP206583
**DEFENDANTS**: NATIONAL HEALTH SURVEILLANCE AGENCY - ANVISA and others

**DECISION**

In view of the circumstances alleged in complaint ID 1730972051, as well as the length of time I will be responsible for handling this process, I hereby suspend the effects of the decisions with ID 1320099277, ID 1502222374 and ID 1727779094 and, consequently, the fulfillment of the same (withdrawing the summons if it has not yet been fulfilled), until assessment by the natural Court.

To be fulfilled urgently.

Usual communications to be completed.

Electronically dated and signed.

**RENATO COELHO BORELLI**

Deputy Federal Judge of the 4th Trial Court - SJ/DF, responsible for the archives of the regular judge of the 1st Trial Court - SJ/DF



Justiça Federal da 1ª Região
PJe - Processo Judicial Eletrônico

28/07/2023

Número: **1056475-07.2022.4.01.3400**

Classe: **PROCEDIMENTO COMUM CÍVEL**
Órgão julgador: **1ª Vara Federal Cível da SJDF**
Última distribuição : **29/08/2022**
Valor da causa: **R$ 1.000,00**
Assuntos: **Registro de Empresa**
Segredo de justiça? **NÃO**
Justiça gratuita? **NÃO**
Pedido de liminar ou antecipação de tutela? **SIM**

| Partes | Procurador/Terceiro vinculado |
|---|---|
| **RAINBOW DEFENSIVOS AGRICOLAS LTDA (AUTOR)** | **BRUNO DE SOUZA CARDOSO (ADVOGADO)** |
| **AGENCIA NACIONAL DE VIGILANCIA SANITARIA - ANVISA (REU)** | |
| **INSTITUTO BRASILEIRO DO MEIO AMBIENTE E DOS RECURSOS NATURAIS RENOVAVEIS - IBAMA (REU)** | |
| **UNIÃO FEDERAL (REU)** | |

| Documentos | | | |
|---|---|---|---|
| Id. | Data da Assinatura | Documento | Tipo |
| 17325 15563 | 28/07/2023 15:51 | Decisão | Decisão |



PODER JUDICIÁRIO
JUSTIÇA FEDERAL
**Seção Judiciária do Distrito Federal**
1ª Vara Federal Cível da SJDF

---

**PROCESSO**: 1056475-07.2022.4.01.3400
**CLASSE**: PROCEDIMENTO COMUM CÍVEL (7)
**POLO ATIVO**: RAINBOW DEFENSIVOS AGRICOLAS LTDA
**REPRESENTANTES POLO ATIVO**: BRUNO DE SOUZA CARDOSO - SP206583
**POLO PASSIVO**:AGENCIA NACIONAL DE VIGILANCIA SANITARIA - ANVISA e outros

**DECISÃO**

Tendo em vista as circunstâncias alegadas na petição ID 1730972051, bem como a exiguidade de tempo pelo qual responderei pela condução deste processo, suspendo os efeitos das decisões de ID. 1320099277, ID. 1502222374 e ID. 1727779094 e, consequentemente, o cumprimento das mesmas (recolhendo-se o mandado de intimação caso ainda não tenha sido cumprido), até apreciação pelo Juízo natural.

Cumpra-se com urgência.

Procedam-se as comunicações de praxe.

Datado e assinado eletronicamente.

**RENATO COELHO BORELLI**

Juiz Federal Substituto da 4ª Vara - SJ/DF, respondendo pelo acervo do juízo titular da 1ª Vara - SJ/DF



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true accurate:

- July 28, 2023 Rainbow decision

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jacqueline Yorke, Project Manager

Sworn to before me this
Friday, September 06, 2024

_____
Signature, Notary Public

> WENDY POON
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 27

_____
Stamp, Notary Public