**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *IN RE* **FMC CORPORATION SECURITIES LITIGATION** | Case No. 2:23-cv-04398-KNS |
| **This Document Applies To:** **ALL ACTIONS** | <u>CLASS ACTION</u> |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS**

Lead Plaintiff Ruth Asset Management ("Ruth"), and additional Plaintiff Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters," and together with Ruth, "Plaintiffs"), by and through their undersigned counsel, respectfully request leave of this Court to file a memorandum of law in opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 36) ("Motion to Dismiss") that surpasses the page limit as set forth in the Honorable Kai N. Scott's Policies and Procedures III(E)(1). Plaintiffs request leave to file a thirty-five (35) page memorandum of law, which exceeds the page limit by ten (10) pages. The additional pages are necessary to address the numerous arguments raised by Defendants in their Motion to Dismiss and accompanying 30-page memorandum of law (ECF No. 36-1), as well as their forty-four (44) page statement chart that accompanied the motion (ECF No. 36-4, Exhibit No. 1), and thirty-two (32) supporting exhibits (*id.*, Exhibit Nos. 2-33). Plaintiffs' memorandum of law in opposition to Defendants' Motion to Dismiss is due on or before November 4, 2024. The parties have conferred, and Defendants do not oppose Plaintiffs' request.

Accordingly, Plaintiffs respectfully request that this Court grant their request to file a thirty-five (35) page memorandum of law in opposition to Defendants' Motion to Dismiss.

Dated: October 29, 2024

Respectfully submitted,

 *s/ Joshua E. D'Ancona*
Joshua E. D'Ancona (PA #206438)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Johnston de. F. Whitman, Jr. (PA#207914)
David A. Bocian (PA #315542)
Margaret E. Mazzeo (PA #312075)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com
jwhitman@ktmc.com
dbocian@ktmc.com
mmazzeo@ktmc.com

*Counsel for Ruth Asset Management and Lead
Counsel for the Class*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
Thayne Stoddard
300 Park Ave, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
tstoddard@bfalaw.com

-and-

Nancy A. Kulesa
George N. Bauer
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
nkulesa@bfalaw.com
gbauer@bfalaw.com

*Counsel for Additional Plaintiff Oklahoma
Firefighters Pension and Retirement System*

2

## **CERTIFICATE THAT THE MOTION IS UNOPPOSED**

I declare under penalty of perjury that Defendants' counsel has confirmed by email dated October 29, 2024, that Defendants do not contest Plaintiffs' request for ten (10) additional pages for their memorandum of law in opposition to Defendants' Motion to Dismiss and that Plaintiffs can file the Motion for Leave to File a Memorandum of Law in Excess of Page Limits as unopposed.

 *s/ Joshua E. D'Ancona*
Joshua E. D'Ancona (PA #206438)
**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com

*Counsel for Ruth Asset Management and Lead
Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Joshua E. D'Ancona, hereby certify that on October 29, 2024, I caused a true and correct copy of the foregoing Unopposed Motion of Plaintiffs for Leave to File a Memorandum of Law in Excess of Page Limits to be filed electronically with the Clerk of the Court using the ECF system, and it is available for viewing and downloading from the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Joshua E. D'Ancona*
Joshua E. D'Ancona (PA #206438)
**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com

*Counsel for Ruth Asset Management and Lead Counsel for the Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *IN RE* **FMC CORPORATION SECURITIES LITIGATION** | Case No. 2:23-cv-04398-KNS |
| | |
| **This Document Applies To:** | <u>CLASS ACTION</u> |
| **ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 1st day of November, 2024, upon consideration of Plaintiffs' Unopposed Motion for Leave to File a Memorandum of Law in Excess of Page Limits, it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_/S/ Kai N. Scott_
The Honorable Kai N. Scott