**APPENDIX A:** *In re FMC Corporation Securities Litigation,* Case No. 2:23-cv-04398-KNS[1]

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| 282 | 8-21; 22; 24-25 | FMC, February 8, 2022 4Q 2021 Earnings Release, SEC Form 8-K, Ex. 99. 1 (Press Release) | "[FMC Corporation (NYSE:FMC) today reported record fourth quarter 2021 results with revenue of $1.41 billion, an increase of 23 percent versus fourth quarter 2020, driven by] *'**strong demand** and pricing actions.*" | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**:[5] Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 283 | 8-21; 24-25; 22 n.14 | FMC, February 8, 2022 4Q 2021 Earnings Release, SEC | "[Our financial performance] reflects the strength of our synthetic and biological portfolios, *a healthy demand environment* as well as accelerating price increases." | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**: |

---

[1] In this Appendix A, Plaintiffs maintain the first eight columns of information set forth in Defendants' Exhibit 1, but have added the word "Defendants'" to column two ("Addressed in Brief") to avoid confusion. Plaintiffs have also added a ninth column, entitled "Plaintiffs' Response," in which Plaintiffs briefly set forth the reasons why each misstatement was materially false or misleading when made. Moreover, Plaintiffs have deleted Defendants' footnotes, and have added their own to aid in the Court's review.

[2] Plaintiffs have highlighted in yellow statements of current and/or historical fact, including in portions of the statement(s) that Defendants excised, but Plaintiffs have included. For those statements that Defendants also challenge as inactionable opinions, the yellow highlighted language also shows that Defendants were expressing putative facts.

[3] For statements that Defendants claim are inactionable opinions, but do not challenge as forward-looking, Plaintiffs have highlighted in blue statements that express putative facts, not opinions.

[4] Because Defendants' Exhibit 1, in certain instances, includes only the portions of the misstatements that Defendants selected, Plaintiffs have added certain additional portions of alleged misstatements to provide excised context, which appear in brackets ([__]) below asterisk separators (****) placed in the "Alleged False & Misleading Statements" column. The entirety of each misstatement is set forth in the referenced Complaint paragraph(s), and the context for statements made during earnings calls and investor conferences includes the question(s) to which Defendants responded.

[5] Plaintiffs have placed in red text contextual statements that should be considered in evaluating Defendants' "puffery" challenge.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonactionable Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Form 8-K, Ex. 99. 1 (Press Release) | | | | | | Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 284 | 8-21; 24-25; 22 n.18; 23 n.20; 23 n.20; 23 n.23; 24 n.24 | Mark A. Douglas, February 9, 2022, 4Q 2021 Earnings Call | "*[o]ur Asia business is expected to grow across several countries, driven by diamid*es, new products and biologicals. **India will continue to be an important market for our diamides** as well as the broader portfolio, especially in sugarcane, rice and specialty crops [such as pulses].*"* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 285 | 8-21; 24-25; 22 n.14; 22 n.18 | Mark A. Douglas, February 9, 2022, 4Q 2021 Earnings Call | "[F]rom a volume perspective . . . there's obviously—*there's very, very strong demand out there. . . . I think from a market demand perspective, it's very strong all over the world. I mean when I think about channel inventories today, frankly, I have very, very few concerns from where I sit at FMC. . . . Brazil, we have— from* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *FMC's perspective, we got absolutely 0 concern. . . . So channel inventories, frankly, in our own internal conversations has not really come up much in the last quarter. Demand has come up. Demand is very, very strong.*" | | | | | p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 287 | 8-21; 24-25; 23 n.20 | Mark A. Douglas, February 9, 2022, 4Q 2021 Earnings Call | "*I think what is most pleasing for us is we see the diamides continuing to grow in that mid- to high single-digits depending on the year, that keeps rolling through. We see that year in, year out since we acquired the products.*" | ✓ | | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 291 | 8-21; 24-25; 23 n.23 | FMC, February 25, 2022, FY 2021 Annual Report, Form | "*Our business faces competition, which could affect our ability to maintain or raise prices, successfully enter certain markets or retain our market position. Competition for our* | ✓ | ✓ | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | 10-K | *business includes not only generic suppliers of the same pesticidal active ingredients* but also alternative proprietary pesticide chemistries and crop protection technologies that are bred into or applied onto seeds. *Increased generic presence in agricultural chemical markets has been driven by the number of significant product patents and product data protections that have expired in the last decade, and this trend is expected to continue. . . .* Agriculture in many countries is changing and new technologies (e.g., precision pest prediction or application, data management) continue to emerge. *At this time, the scope and potential impact of these technologies are largely unknown* but could have the potential to disrupt our business." | | | | | **No Safe Harbor**: Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).[6] |
| 293 | 8-21; 24-25; 23 n.23 | FMC, February 25, 2022, FY 2021 Annual Report, Form 10-K | "Our future performance will depend on our ability to address active ingredient composition of matter patent expirations through effective enforcement of our patents that continue to cover key chemical intermediates and process patents, as well as portfolio life cycle management, particularly for our high value diamide insecticides . . . *Some of our competitors may secure patents on production methods or uses* | ✓ | ✓ | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).[7] |

---

[6] This "Risk Factor" portrayed current risks as hypothetical, and must be evaluated alongside Defendants' other statements addressing the Diamides' patent estate. *See* ¶¶293-94, 337-38, 361, 370, 375, 377, 393, 403.

[7] This "Risk Factor" portrayed present risks as hypothetical, and must be evaluated alongside Defendants' other statements addressing the Diamides' patent estate. *See* ¶¶293-94, 337-38, 361, 370, 375, 377, 393, 403.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *of products that may limit our ability to compete cost-effectively."* | | | | | |
| 294 | 8-21; 24-25; 22 n.15 | FMC, February 25, 2022, FY 2021 Annual Report, Form 10-K | *"The composition of matter patents on our Rynaxypyr® active ingredient is nearing its expiration in several key countries. We have a broad estate of additional patents regarding the production of Rynaxypyr® active ingredient, as well as trademark and data exclusivity protection in certain countries that extend well beyond the active ingredient composition of matter patents. . . . Other third parties may seek to enter markets with infringing products or may find alternative production methods that avoid infringement or we may not be successful in litigating to enforce our patents due to the risks inherent in any litigation. . . . . We are currently and may in the future be a party to various lawsuits or administrative proceedings involving our patents.* (See Patents, Trademarks and Licenses" in Item 1.). . . . *In such circumstances, an adverse patent enforcement decision which could lead to the entry of competing chlorantraniliprole products in relevant markets may materially and adversely impact our financial results."* | ✓ | ✓ | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 297 | 8-21; 24-25; 22 n.14; 22 n.18 | Mark A. Douglas, March 8, 2022, RBC Capital Markets | *"Channel inventories for us are normal, if not low in some parts of Latin America. We've had very strong demand. A lot of that demand was used during the season, which is always a very good sign. . . . So we see that* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: |

5

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Chemicals and Packaging Conference | *demand side being very strong."* | | | | | Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 302 | 8-21; 22; 24-25; 22 n.14; 22 n.18; 23 n.22 | Mark A. Douglas, May 3, 2022, 1Q 2022 Earnings Call | *"Generally speaking, ==we are not concerned about channel inventories. There are a couple of pockets in the world==. One we alluded to, which is India. . . . ==We're taking the opportunity to reduce our channel inventories in India at the beginning of the year.== We expect that to normalize pretty quickly as we go through the first half year.* Outside of that. *Northern Hemisphere, I don't think we'll carry in excess inventories as we're going into the channel into the seasons. . . . ==So we're==* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *not seeing anything that we would say is concerning at all. They seem pretty normal to us. In Latin America, for us, normal. Argentina, Brazil, Mexico, India where we should be at this point of the season, demand has been very good for us. . . .*<br><br>\*\*\*\*<br><br>[Our growth rates are in line with how we're penetrating the market.]<br><br>\*\*\*\*<br><br>*We're not worried about where our inventory levels are at all in Brazil or Argentina."* | | | | | (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 304 | 8-21; 24-25; 23 n.22 | Mark A. Douglas, May 3, 2022, 1Q 2022 Earnings Call | *"[O]ur backdrop is positive. [W]e believe markets will continue like this, certainly this year and probably into next year as well. We don't see anything on the horizon that will change that. . ."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Omissions (*see* p. 27). **Not Puffery**:[8] Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 308 | 8-21; 24-25; 22 n.14; 22 n.16; 23 n.22 | Andrew D. Sandifer, May 4, 2022, Wells Fargo Industrial Conference | "The U.S. — **look, the U.S. market is still going gangbusters. We'll see how planning continues to proceed in early season, but it's been a good start to the season. We had very robust sales growth in both Canada and the United States in the first quarter,** and it is one place that I would know we definitely saw some advanced purchasing, all within the season for products that should be used within this growing season, but that blurring between Q2 and Q1." | ✓ | ✓ | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 309 | 8-21; 24-25; 22 n.14; | Andrew D. Sandifer, | "Certainly, there were heightened concerns among retailers, distributors | ✓ | ✓ | | ✓ | Defendants Misrepresented or |

---

[8] Defendants' brief does not identify this statement as "puffery." MTD at 21-22.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | 23 n.22 | May 4, 2022, Wells Fargo Industrial Conference | and growers on availability of materials. So we did see some early plays in the orders, and *quite honestly, we had a very, very strong Q1.* We could have sold more, ***but we ended up with more demand particularly for products that aren't quite — it's not quite the time for them to usually be consumed that we weren't prepared to produce just yet. That demand has been very, very strong. We see those conditions continuing. . . . And we see a pretty good market in the U.S., not only for this year but for several years.*** | | | | | Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 313 | 8-21; 24-25; 22 n.14; 22 n.18 | Mark A. Douglas, May 18, 2022, BMO Capital Markets Global Farm to Market Conference | ***"[I]nventories are where they should be right now.*** . . . [We had a very – FMC had a very strong Q1 . . . ] ***I think inventories are in good shape. The only one we highlighted at our February call, which we're working through now, is parts of India. There was less rice acres given the seasonal weather,*** the monsoon in Q4. ***So we had more inventory as FMC, and I'm sure others did as well, but everywhere else is in pretty good shape."*** | ✓ | | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 316 | 8-21; 24-25 | Mark A. Douglas, May 18, 2022, BMO Capital Markets Global Farm to Market Conference | *"[R]ight now, as I said earlier, there are no issues with inventory in Brazil for us."* | ✓ | | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 318 | 8-21; 24-25; 22 n.16; 23 n.20; 23 n.21; 24 n.25 | Mark A. Douglas, May 18, 2022, BMO Capital Markets Global Farm to Market Conference | *"Yes. I mean we put our plan together back in 2018 after we acquired the DuPont assets, and we had really an algorithm that said 5% to 7% top line growth, 7% to 9% EBITDA growth and then EPS growing faster than EBITDA. We're generally on — we're right the range for revenue.* We're slightly below in terms of EBITDA, but we've had $1 billion of costs and FX that we didn't have in the plan. *So I feel very good where the company is. . . .* We're applying 6% to 7% of our revenue into that model for R&D. You should be growing your EBITDA faster. And we have been. So *I think that model is very much intact. . . ."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 320 | 8-21; 24-25; 22 n.14; 22 n.16; 22 n.18; 23 n.20; 23 n.22 | Mark A. Douglas, May 18, 2022, BMO Capital Markets Global Farm to Market Conference | "We're managing through a very volatile environment. We all know that. That will change as we go through the rest of the year and into next year, that should change. But *the way the company is performing, dealing with all the activities that are out there, very strong demand, pricing actions where we delivered 8% price in the quarter, roughly mid-single-digits for the full year to offset costs. I think the company is performing at a very high level. . . .*" <br><br> **** <br><br> [. . . people are missing the fact that the Company is performing at a high level] | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions |

11

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (*see* pp. 25-26). |
| 325 | 8-21; 24-25; 22 n.14; 22 n.18; 23 n.22 | Mark A. Douglas, August 3, 2022, 2Q 2022 Earnings Call | *"We're very okay with* ==inventory levels pretty much everywhere in the world right now.== . . . ==And we're working through inventory in India.== *That will be done as we go through the second half of the year.* ==Everywhere else, frankly speaking, is very good from our perspective on inventory.== *So we're not worried about that going into the end of the year."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 326 | 8-21; 24-25; 23 n.19; 24 n.20; 23 n.21 | Mark A. Douglas, August 3, 2022, 2Q 2022 Earnings Call | "I think the most important takeaway that you should take away from this conversation is ==the 40% as it grows, does not take away from the 60% as we grow.== *It's an expansion of the market pool for the diamides . . . we see the* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *diamides taking share* from a number of older chemistries, whether they be neonicotinoids, some of the pyrethroids, and certainly some of the [carbonates] around the world.'"[9] | | | | | Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 329 | 8-21; 24-25; 22 n.14; 22 n.16 | FMC, November 1, 2022 3Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | *"FMC's strong growth continued in the third quarter driven by a robust start to the Latin American season and continued pricing actions across all regions."* | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 329 | 8-21; 24-25; 22 n.14; 22 n.16; 22 n.17 | FMC, November 1, 2022, 3Q 2022 Earnings Release, SEC Form 8-K, | "[Latin America sales] grew 35 percent year over year *driven by strong herbicide and insecticide demand."* | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**: Must Be Considered |

---

[9] The brackets in this statement appear in the original source.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Ex. 99.1 (Press Release) | | | | | | in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 329 | 8-21; 24-25; 22 n.14; 22 n.16 | FMC, November 1, 2022, 3Q 2022 Earnings Release, SEC Form 8-K. Ex. 99.1 (Press Release) | ***"In Brazil, FMC is reaping the benefits of investing in expanding market access for its products*** [especially on soybean and corn acres.]" | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 330 | 8-21; 24-25; 22 n.14 | Mark A. Douglas, November 2, 2022, 3Q 2022 Earnings Call | "[However,] ***demand remains strong for new products based on diamides and other chemistries,*** and FMC continues to make significant progress in improving our market access in geographies where we are underrepresented [such as Indonesia, Vietnam and Thailand.]" | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 331 | 8-21; 24-25; 22 n.17; 22 n.18; 23 n.20; 23 n.21; 24 | Mark A. Douglas, November 2, 2022, 3Q 2022 | "Pricing momentum and volume growth are expected to more than offset FX headwinds in the quarter. We have good visibility into demand for the quarter with ***strong order books for both the*** | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | n.24 | Earnings Call | ***Brazilian and US markets*. . . . *The combination of sales growth and lower cost headwinds is anticipated to result in EBITDA growth of 15% at the midpoint*** with EPS up 9% at the midpoint year-over- year." | | | | | **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).  **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).  **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 332 | 8-21; 24-25; 23 n.19; 24 n.24 | Mark A. Douglas, November 2, 2022, 3Q 2022 Earnings Call | "[T]his year, year-to-date, we're up in the high mid- single digits. *We would expect that same growth rate next year as we go forward. We're getting new registrations, especially for Cyazypyr. That market is growing rapidly in many parts of the world, which is good news.*" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).  **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonactionable Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 333 | 8-21; 24-25; 22 n.18; 23 n.23; 24 n.24 | Mark A. Douglas, November 2, 2022, 3Q 2022 Earnings Call | *"Well, I think generally speaking, overall, we would say we're happy where inventory levels are in the marketplace. . . ."* ***** [We talked about India before. The last few years with the weather monsoons played out and rice acreage reductions, have not been great. So, we're working through inventory there.] *"I would say in the U.S., things are fine. . . .* **** [Europe is pretty okay for us. 1 or 2 | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonactionable Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | pockets in the South because of the dry weather that we had last year.] <br><br> *I would say in Latin America, there are parts of Brazilian market where they had a drought last year that you can imagine inventories are high. Inventories are high right now in Brazil because we're in the planting season. But we're happy with where our inventories are right now."* | | | | | pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 337 | 8-21; 24-25; 16 n.6; 22 n.15; 23 n.19; 23 n.23 | FMC, November 2, 2022, 3Q 2022, Form 10-Q | *"The composition of matter patents on our Rynaxypyr® active ingredient are nearing their expiration in several key countries. We have a broad estate of additional patents regarding the production of Rynaxypyr® active ingredient, as well as trademark and data exclusivity protection in certain countries that extend well beyond the active ingredient composition of matter patents. . . . Other third parties may seek to enter markets with infringing products or may find alternative production methods that avoid infringement or we may not be successful in litigating to enforce our patents due to the risks inherent in any litigation. . . . We are currently and may in the future be a party to various lawsuits or administrative proceedings involving our patents. . . . . In such circumstances, an adverse patent enforcement decision which could lead to the entry of competing chlorantraniliprole products in relevant markets may materially and* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *adversely impact our financial results."* | | | | | Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 338 | 8-21; 24-25; 23 n.19 | FMC, November 2, 2022, 3Q 2022, Form 10-Q | "As noted in our 2021 Form 10-K, in early 2022, we received notice that certain third parties were seeking to invalidate our Chinese patents on a certain intermediate involved in producing chlorantraniliprole and a process to produce chlorantraniliprole: we intend to defend vigorously the validity of both patents. During the third quarter of 2022, the China Patent Review Board issued rulings which held that the two challenged patents were not valid in China. We believe the Review Board's decisions are seriously flawed both on procedural and substantive ground and we have filed appeals. Under Chinese law, the patents remain valid but are not enforceable pending appeal. *Given the unique and specific Chinese patent law issues at issue in that situation, we do not believe that the China Patent Review Board's decisions would materially adversely impact our enforcement of similar patents in other countries. . . ."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26).[10] |
| 338 | 8-21; 24-25; | FMC, | "The composition of matter patent that | ✓ | ✓ | | | Defendants |

---

[10] Defendants' brief does not challenge this statement as "puffery."

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | 23 n.19 | November 2, 2022, 3Q 2022, Form 10-Q | covers chlorantraniliprole (also known as Rynaxypyr® active) expired in a number of countries in August 2022; this patent will continue to remain in force in other countries throughout the world, expiring on a country-by-country basis at various dates through 2027. As described in our 2021 Form 10-K, *we are deploying a multi-pronged strategy to defend that business after active ingredient patent expiration, including enforcement of our patents in many countries which continue to cover chemical intermediates and manufacturing processes that are essential in the production of chlorantraniliprole.*" | | | | | Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). |
| 344 | 8-21; 24-25; 22 n.14; 23 n.22 | Andrew D. Sandifer, November 8, 2022, Morgan Stanley Global Chemicals, Agriculture and Packaging Conference | "We're also growing really rapidly. At the midpoint of our guidance for the full year, we're growing 13% in sales. We raised our guidance $100 million for revenue for the full year for essentially for the fourth quarter. . . . Similarly, as we've discussed, *we're expecting a pretty robust demand environment going into next year. . . .* **** [So we're actually building inventory slightly in addition to dealing with just the inflationary impact on inventory values.] *But we're actually building and maintaining inventory despite the higher sales so that we're well prepared to go into Q1 and early Q2 with material.*" | ✓ | ✓ | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 346 | 8-21; 24-25; 23 n.20; 23 n.21; 24 n.25 | Andrew D. Sandifer, November 8, 2022, Morgan Stanley Global Chemicals, Agriculture and Packaging Conference | "We sketched out — we're going into the fifth year of our 5-year plan, the 5-year strategic plan we launched in 2018 after digesting the acquisition of the DuPont assets. First time in my career in the chemical industry, we've made it to the 5th year of a 5-year plan. So I think that says something about the strength of the platform despite all the volatility that we've seen in the world in the last several years. *But we're very excited about the ability to continue growing at a market — above market level. So we could use that same range at 5% to 7% top-line growth as a guidepost, which would be a significant premium to the overall market. And that's driven by both volume and pricing.*"[11] | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 346 | 8-21; 24-25; 23 n.20; 23 n.21; 24 n.25 | Andrew D. Sandifer, November 8, 2022, Morgan Stanley Global Chemicals, Agriculture and | "*In our long-range plan, we had this algorithm, if you will, of growing the top line 5% to 7% and growing the bottom line 7% to 9%. And we think that's kind of a range that's well within reach for 2023 for the company.*" | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* |

---

[11] In their Exhibit 1, Defendants segregate the statement alleged at ¶346 into two different parts. *See* Ex. 1 at 17. The highlighting of ¶346 in this Appendix A applies to both entries, as they cover a single statement.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Packaging Conference | | | | | | p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**:<br>False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 349 | 8-21; 24-25; 22 n.14 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | "[FMC Corporation (NYSE:FMC) today reported fourth quarter 2022 revenue of $1.62 billion, an increase of 15 percent versus fourth quarter 2021.]<br><br>****<br><br>["record fourth quarter and full-year 2022 results" were] ***driven by robust volume and strong pricing.***" | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Puffery**:<br>Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 350 | 8-21; 24-25; 22 n.14; 22 n.16 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | "FMC delivered record performance in the fourth quarter, ***driven by robust volume growth,*** continued strong pricing actions as well as growth of new products." | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Puffery**:<br>Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (*see* pp. 25-26). |
| 350 | 8-21; 24-25; 22 n.14; 22 n.16 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | **** ["FMC delivered record performance in the fourth quarter, *driven by robust volume growth*, continued strong pricing actions as well as growth of new products."] *"North America delivered exceptional revenue growth, with Latin America and Europe, Middle East and Africa (EMEA) posting strong gains."* | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 351 | 8-21; 24-25; 22 n.16 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | **** ["FMC delivered record performance in the fourth quarter, *driven by robust volume growth*, continued strong pricing actions as well as growth of new products."] *"Full-year results were driven by significant volume and price gains in every region. . . ."* | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 352 | 8-21; 24-25; 22 n.14; 23 n.20; 23 n.21; 24 n.24 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | "[FMC Corporation delivers record fourth quarter and full-year 2022 results, guides strong growth for 2023 Fourth quarter performance driven by volume and pricing gains;] *2023 outlook reflects pricing momentum and robust demand.*" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 352 | 8-21; 24-25; 22 n.14; 23 n.20; 23 n.21; 24 n.24 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | **** <br><br> ["***2023 outlook reflects pricing momentum and robust demand.***"] <br><br> "Full-year 2023 revenue is forecasted to be in the range of $6.08 billion to $6.22 billion, representing an increase of 6 percent at the midpoint versus 2022, ***driven by strong pricing in all regions and growth in volume driven by new launches and market access.***" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 353 | 8-21; 22; 24-25; 23 n.23 | FMC, February 7, 2023, 4Q 2022 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | "We anticipate a positive market backdrop for 2023 that will support our pricing actions *as well as continued healthy demand for FMC's synthetic and biological product portfolios.* . . . we will continue to closely manage our supply chain in 2023 to take advantage of any cost improvement opportunities while ensuring product availability for our customers." | ✓ | ✓ | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 357 | 8-21; 24-25; | Mark A. | "Yes. I think — *so from a North* | ✓ | | ✓ | | Defendants |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | 22 n.18 | Douglas, February 8, 2023, 4Q 2022 Earnings Call | *American perspective, U.S. in particular, I think channel inventories are a little bit elevated right now, but that's normal.* . . .<br><br>****<br>["I would say, as you enter the season, most of retail and distribution is stocked up for a very good year. When I think of inventory levels for FMC compared to our sales on a percent basis, we're about the same place we were the year before. So I think it's pretty normal."]<br><br>I think because of the conditions that we saw in the south of *Brazil and in Argentina, it was very dry in the fourth quarter. I have no doubt that there is elevated channel inventories in that area, would not be a surprise at all.*<br><br>*If I run around the rest of the world, Europe, South of Europe is high again because of hangover from the last season. Northern Europe is pretty much okay, I think. In Asia, we've talked about India in the past. The weather didn't help again in 2022. So we see high channel inventories in India, which we'll be working through. Parts of Indonesia are similar, somewhat high. Rest of Asia is good. So overall, it's pretty much what you would expect."* | | | | | Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Inactionable Opinion**:<br>False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 358 | 8-21; 24-25; 23 n.20; 23 n.21; 24 | Mark A. Douglas, February 8, | "I think we've said in the past, sort of that mid-to high single digits is where we think it will pan out over time. I | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | n.24 | 2023, 4Q 2022 Earnings Call | wouldn't change that view right now. ***We do continue to launch new diamide formulations around the world, and Cyazypyr is growing very nicely as we get the new registration.*** *So I think the mid-to high single digit is a perfectly good range of legacy."* | | | | | Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 361 | 8-21; 24-25; 16 n.5; 22 n.15; 23 n.19 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and Mobility Conference | "[J]ust to give you the big picture, the diamides. Rynaxypyr and Cyazypyr, we have 30 patent families include about 1,000 patents, both granted and applied for that cover [a] broad array of issues that protect the diamides. The one that gets the most initial focus is the composition of matter patents, is literally the patent on the molecule itself. Some of those patents have already started to expire for Rynaxypyr. In fact, in several countries, China, India and certain Eastern European countries, the patent for Rynaxypyr expired in 2022. ***Now, that's just one of a small part of the total layer of protections we have around these molecules.*** We also have patents on the manufacturing process to make | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | Rynaxypyr and Cyazypyr. We have patents on the intermediates, the composition amount of patterns on the intermediate materials that are used in that process. So for example, for Rynaxypyr. it's a 16-stage synthesis process. Many of the intermediate steps and the chemicals that are produced there really have no other use than for making Rynaxypyr. We have patents on their composition of matter. We have patents on the process to make several of those as well. We also have patents on formulations on how that product is finally formulated to take to market. So we've had this broad set of patent protections. We are also provided some protection to the use of our regulatory data and the way registrations are managed in different countries. *They give us protection that continues well until the end of this decade and, in some cases, a bit longer.*" | | | | | pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 361 | 8-21; 24-25; 16 n.5; 22 n.15; 23 n.19 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and Mobility Conference | "And certainly, with — speaking directly to Rynaxypyr, which has earlier expiration dates, Cyazypyr goes a little bit further. But as you pointed to, P.J., *it's not just relying on the patents themselves. And obviously, we've been very aggressive in enforcing the patents. We have won cases for infringement in both China and India and continue to aggressively defend our patents. . . .*" | ✓ | | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 363 | 8-21; 24-25; 22 n.18 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and Mobility Conference | "Yes. I mean, certainly, when we talk about inventories, a lot of the focus is on the inventory that's in the channel so downstream from us and our direct customers, whether that be distributors or retailers or growers depending on the market that we're in. Going around the world, let's say, *we'll start with Latin America because I think you highlighted one of the hot points. There was a drought and very dry conditions in Southern Brazil and Argentina at the beginning of the growing season in October, November. Some acreage was pulled out of production. There is some lost volume there. So because of that, there is a bit of channel inventory, and something we're very conscious of and managing closely. . . .*"[12] | ✓ | | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). |
| 363 | 8-21; 24-25; 22 n.18 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and | "Rest of Brazil is actually in pretty good shape. So it's really the southern part of Brazil and Argentina that are the hotspot. When I look at the rest of the Americas, the U.S. market and Canada, Canada is still a little early. *In the U.S. market, there is a lot of product in the* | ✓ | | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Inactionable Opinion**: |

---

[12] In their Exhibit 1, Defendants segregate the statement alleged at ¶363 into four different parts. *See* Ex. 1 at 23-25. The highlighting of ¶363 in this Appendix A applies to each of the four entries, as they cover a single statement.

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Mobility Conference | *channel because there should be a lot of product in the channel. **Planning season starts here in another 4 weeks or so. You need that product in place.** So for example, preemergent herbicides, which are an important product line for us. You put those now at or before planting. That's the — **now is the time to have that product in the channel**. So I think, from our own estimation and analysis, that levels of channel inventory are in line with the level of sales we've been having."* | | | | | False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 363 | 8-21; 24-25; 22 n.18 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and Mobility Conference | "Going around the rest of the world, in Asia, we marked on the call and our most recent earning call highlighted in India. ***India is another place where we have a little bit of a backup of channel inventory. We have 3 years in a row of sort of uneven or weak monsoons. . . .''*** | ✓ | | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). |
| 363 | 8-21; 24-25; 22 n.18 | Andrew D. Sandifer, February 21, 2023, Citi Global Industrial Tech and Mobility Conference | ***"Europe, generally speaking, pretty good shape. . . .***<br><br>\*\*\*\*<br><br>["There's a few hot spots in Southern Europe where there's some pretty hot and dry weather last year."]<br><br>***There's a little bit of inventory in the channel, but it's not significant."*** | ✓ | | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Inactionable Opinion**:<br>False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 364 | 8-21; 24-25; 23 n.23 | Andrew D. Sandifer, February 21, 2023, Citi | ***"No. No, I think we're managing. I think we know where the issues are, and we're going to manage it proactively."*** | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Global Industrial Tech and Mobility Conference | | | | | | **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 367 | 8-21; 24-25; 16 n.6; 23 n.19; 23 n.23 | FMC, February 24, 2023, FY 2022 Annual Report, Form 10-K | *"During 2022, we initiated proceedings to enforce several of our patents and trademarks against generic producers and infringers, resulting in multiple favorable judgments and settlements, including in India and China. . . . While we believe that the invalidity or loss of any particular patent, trademark or license after appeal would be an unlikely possibility, our patent and trademark estate related to our diamide insect control products based on Rynaxypyr® and Cyazypyr® active ingredients in the aggregate are of material importance to our operations."* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Omissions (*see* p. 27). |
| 368 | 8-21; 24-25; 23 n.23 | FMC, February 24, 2023, FY 2022 Annual Report, Form 10-K | ***"Our business faces competition, which could affect our ability to maintain or raise prices, successfully enter certain markets or retain our market position. Competition for our business includes not only generic suppliers of the same pesticidal active ingredients*** but also alternative proprietary pesticide chemistries and crop protection technologies that are bred into or applied onto seeds. ***Increased generic presence in agricultural chemical markets has been driven by the number of significant product patents and product data protections that have expired in the last decade, and this trend is expected to continue. . . . At this time, the scope and potential impact of these technologies are largely unknown*** but could have the potential to disrupt our business. | ✓ | ✓ | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). |
| 369 | 8-21; 24-25; 22 n.23 | FMC, February 24, 2023, FY 2022 Annual Report, Form 10-K | "Our future performance will depend on our ability to address active ingredient composition of matter patent expirations through effective enforcement of ==our patents that continue to cover key chemical intermediates and process patents, as well as portfolio life cycle management, particularly for our high value diamide insecticides . . .== ***Some of our competitors may secure patents on production methods or uses of products that may limit our ability to compete cost-effectively."*** | ✓ | ✓ | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| 370 | 8-21; 24-25; 22 n.23 | FMC, February 24, 2023, FY 2022 Annual Report, Form 10-K | *"The composition of matter patents on our Rynaxypyr® active ingredient are expiring in several key countries. We have a broad estate of additional patents regarding the production of Rynaxypyr® active ingredient, as well as trademark and data exclusivity protection in certain countries that extend well beyond the active ingredient composition of matter patents. . . .* Other third parties may seek to enter markets with infringing products or may find alternative production methods that avoid infringement or we may not be successful in litigating to enforce our patents due to the risks inherent in any litigation. . . . We are currently and may in the future be a party to various lawsuits or administrative proceedings involving our patents. (*See* "Patents, Trademarks and Licenses" in Item 1). . . *. In such circumstances, an adverse patent enforcement decision which could lead to the entry of competing chlorantraniliprole products in relevant markets may materially and adversely impact our financial results."* | ✓ | ✓ | | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). |
| 375 | 8-21; 22; 24-25; 16 n.5; 22 n.15; 23 n.19; 23 n.23 | Mark A. Douglas, March 1, 2023, Bank of America Global Agriculture and Materials | "Yes. Listen, we've talked about the diamides a lot, obviously. We get a lot of questions about the patent estate. The patent estate is a matrix of just over 1,000 patents for the 2 molecules. The base composition of matter patents for Rynaxypyr started to come off last August. In some countries, we have | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | Conference | runway in others. Same thing for Cyazypyr. which is the smaller molecule, the initial ones start to come off in August 2023 this year and again, spread out after that.<br><br>*There are also significant patents related to the whole process of manufacturing. These molecules are 15 or 16 synthetic steps, and we have many of those steps patented. I think it's worth noting today that the only legal material that's available is from FMC, even though the original patent has come off. Why is that? Because of the strength of the rest of the patent portfolio . . . ."* | | | | | Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 375 | 8-21; 24-25; 16 n.5; 23 n.19; 23 n.23 | Mark A. Douglas, March 1, 2023, Bank of America Global Agriculture and Materials Conference | "So we already have a strong network out there of people who are selling diamides, so in some cases, competing with us in different markets, in many cases, expanding the market by having routes to market or formulations that we don't have. That was the intent of the plan. That's what we're seeing today. *So we expect the diamide growth to continue."* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 375 | 8-21; 24-25; 16 n.5; 23 n.19; 23 n.23 | Mark A. Douglas, March 1, 2023, Bank of America Global Agriculture and Materials Conference | "Last year, diamides grew about 7%. I think in the mid- to long term, you're going to see them continue to grow in the mid-single digit. I think that's an important part of the algorithm of growth. They have been around for almost 20 years now. So that we talk about them as being new molecules, new technology, and they are, but they're coming off the end of their patent. *And you should expect at some point towards the end of this decade, you will see generic manufacturing.* That is what happens. So we're ready for that. We anticipated and we'll continue to invest in the diamides." | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 377 | 8-21; 23; 24-25; 16 n.5; 23 n.19; 23 n.23 | Mark A. Douglas, March 1, 2023 Bank of America Global Agriculture and Materials Conference | "*There's a couple of cases in India that we recently won, a couple of cases in China as well. It's interesting when we bought the assets in 2018, there was already illegal material being sold in China, way back in 2018. . . . So it's not as if we're not used to competing with products out there that are of inferior quality but they are illegal, and we will enforce our patents all* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *over the world."* | | | | | Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 380 | 8-21; 24-25; 22 n.14 | FMC, May 1, 2023, 1Q 2023 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | "FMC delivered a solid first quarter with strong pricing actions, growth of new products and cost discipline driving margin expansion. *New product growth and expanded market access contributed to robust North America sales,* which helped offset volume headwinds in other regions." | ✓ | | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 382 | 8-21; 24-25; 22 n.16; 23 n.19; 23 n.20; 23 n.21;23 n.22; 24 n.24 | FMC, May 1, 2023, 1Q 2023 Earnings Release, SEC Form 8-K, Ex. 99.1 (Press Release) | *"The strength of our portfolio, diversity of crop mix and investments in market access have positioned us well to deliver another year of revenue and earnings growth as well as margin expansion."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 383 | 8-21; 24-25; 23 n.20; 23 n.21; 24 n.24 | Mark A. Douglas, May 2, 2023, 1Q 2023 Earnings Call | "We are raising guidance for full year adjusted EBITDA by $10 million ==based on the first quarter outperformance, continued pricing gains, positive mix and projected cost tailwinds==. *We now expect full year EBITDA to be in the range of $1.5 billion to 1.56 billion, representing 9% year-over-year growth at the midpoint.*" | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material |

36

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Omissions (*see* p. 27). |
| 384 | 8-21; 24-25; 22 n.14; 23 n.22; 24 n.24 | Mark A. Douglas, May 2, 2023, 1Q 2023 Earnings Call | "The market is still operating at a very, very high level. ***On the ground usage is very robust in most part of the world.*** So the actual market itself is looking good in terms of soft commodity prices are remaining elevated, growers are looking to plant as much as they can . . . ***overall, the volume perspective as we go through the year will improve for FMC.***" | ✓ | ✓ | | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 386 | 8-21; 24-25; 22 n.18; 23 n.22; 24 n.24 | Mark A. Douglas, May 2, 2023, 1Q 2023 Earnings Call | "You know what, ***if the market doesn't change much, yes, there will be some channel inventory hangover as we go into the next season. That occasionally happens. . . . On the diamides, what we're telling you in our guidance now is that the partners that are reducing inventories, that's not just an event now that continues through the rest of the year. So that's already built into our forward- looking guidance.***" | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable** |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 387 | 8-21; 24-25; 22 n.16; 23 n.20; 23 n.21; 24 n.24 | Andrew D. Sandifer, May 2, 2023, 1Q 2023 Earnings Call | "*I think the pattern of our working capital and our cash flow for the year is very similar to what you've seen in the last 4 years,* strongly negative in Q1, will be modestly positive in Q2, and then *you see significant positive cash flows in Q3 and Q4 . . . we expect a normal pattern as we go through the rest of the year.*" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 391 | 8-21; 22; 24-25; 22 | Andrew D. Sandifer, | "Look, we reported last week earnings EBITDA that was about $7 million | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | n.16; 23 n.20; 23 n.21; 24 n.25 | May 9, 2023, Goldman Sachs Industrials & Materials Conference | above the midpoint of our guidance range with earning — EPS is well above midpoint of guidance range. Revenue was a bit lighter than what we had guided. But *overall, a strong quarter. And I think — we think about what's going on in our space, another demonstration of our ability to deliver earnings as guided and predicted despite market conditions.*'' | | | | | Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 391 | 8-21; 24-25; 22 n.16; 23 n.20; 23 n.21; 24 n.25 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | "And that's been very much a hallmark of FMC, particularly over the last 5 years, and our current iteration is a focused agricultural sciences company. In the quarter itself, a bit of revenue softness, two key spots drought in South and Southern Brazil and Argentina was a driver certainly in the lower volumes in the quarter as was some lower | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | volumes in the cereal herbicide markets in Europe. *I'd say low growth in Asia was expected and a very, very strong growth in North America also expected. So I think generally, the quarter largely as expected,* big — the real surprise was a bit of softness in some of the core European markets, which I would attribute to both falling crop prices for cereals, a little bit of hesitancy in the channel there around the channel inventory levels and stocking." | | | | | p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**:<br>False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**:<br>Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 391 | 8-21; 24-25; 22 n.16; 23 n.20; 23 n.21; 24 n.25 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | *"But in general, I'd say, overall, a solid quarter. So we have outperformed our guidance. We carried a little bit more than that through in a raise of guidance for the full year* in part because we do feel confident in our ability to deliver at the midpoint of our guidance range, $1.53 billion in EBITDA for 2023 with about $6.15 billion in revenue. So what's changed? I think *our guidance and our outlook for the year has always been predicated on growth, more balanced between price and volume than in previous years with pricing as a strong contributor mid-single-digit* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**:<br>Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable** |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *pricing for the year, a bit stronger than that in the first half, a little less than that in the second half, complemented by continued volume growth, basically independent of what market conditions are.*" | | | | | **Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 391 | 8-21; 24-25; 22 n.16; 23 n.20; 23 n.21; 24 n.25 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | "We've been a steady compounding, growing 5% to 7%, actually a little bit above 7% compounded for 5 years now, irrespective of what the growth of the market has been in each year because it's really been driven by technology penetration, by new products and to a lesser degree and more recent degree by some investments we've made in expanding our market access *by putting more people on the ground, agronomists, marketing salespeople to help people understand how help growers in particular, understand how best to utilize our products. And that's starting to really pull through some demand.*" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 393 | 8-21; 24-25; 23 n.19; 23 n.23 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | "Some of the earliest patents which are around the composition of matter, composition of matter of the fundamental active ingredient molecules started rolling off last year. Despite that, *there's not a single legal competitor in Rynaxypyr in the world today that said differently, that isn't buying it from us.* Now there are illegal competitors and have been since before we bought the business." | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 393 | 8-21; 24-25; 23 n.19; 23 n.23 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | *"So there's been [illegal] material, particularly in China and India, always. But there are no current legal entrants in either of those markets where a the [sic] initial composition of matter patents have expired. And that's in part because that's just the beginning of the story around the patent protection."* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 393 | 8-21; 24-25; 23 n.19; 23 n.23 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | We have patents on manufacturing processes. And the diamides are 15 and 16-step process is to produce a molecule we have patents on many of those individual steps. We have patents on the composition, a matter of many of the intermediates that are produced in those steps. Many of those intermediates have no other commercial use of this to be made and further refined into being Rynaxypyr or Cyazypyr. We have patents on formulations of products. So while we had a couple of patents roll off last year, we also had a number of new patents granted, including for some value-added formulations of Rynaxypyr. some of the new product growth we were talking about earlier. So the patent of the state is not a static asset. It is something that we're continuing to invest in. and we're continuing to renew. We have always presumed that over time, there would be generic entry into this marketplace. . . . ***But we do see that the diamide family*** | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *continuing to compound in that mid-single-digit range through the rest of the decade and continue to grow profit dollars, not just growing revenue."* | | | | | |
| 395 | 8-21; 24-25; 22 n.14; 22 n.18; 23 n.21 | Andrew D. Sandifer, May 9, 2023, Goldman Sachs Industrials & Materials Conference | "Look, I'd say there's a couple of hotspots around the world, but generally, we're pretty comfortable with channel inventory overall around the world, *places where we have a little — some backup of channel inventory, Southern Brazil and Argentina, where there was a drought, and it was a pretty — the consumption of crop chemicals was down a bit this year for the season that's wrapping up. . . . But we see in demand for crop protection products being very, very healthy despite what may —* where there might be a little bit of channel inventory of different spots." | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 399 | 8-21; 24-25; 22 n.14; 22 n.18 | Mark A. Douglas, May 18, 2023, | *"When you think about actual volumes on the ground, so what is the grower using,* volumes are very good. *. . . So* | ✓ | | ✓ | ✓ | Defendants Misrepresented or Concealed Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | BMO Capital Markets Global Farm to Market Conference | *the actual volume on the ground, what a grower is using, it might not be as high as 2022, but that was a record year. We're still at extremely high volumes. Where the volume discussion is, is what is happening in retail and distribution.* So we feel good about the ultimate volume, it's managing through what is essentially the end of all the COVID supply chain issues that we've had that are bouncing through distribution and retail. So my message is really good volumes down on the field. We see that all over the world. There are pockets where it's not so good, and we can talk about that later. *But overall, volumes are good."* | | | | | Facts (*see* pp. 16-19). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). <br><br> **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 401 | 8-21; 23; 24-25; 22 n.18; 23 n.20; 23 n.22 | Mark A. Douglas, May 18, 2023, BMO Capital Markets Global Farm to Market Conference | *"Yes. Start off in North America. We feel very good about where the U.S. and Canadian markets are. . . ."* <br><br> **** <br><br> ["We had a very good first quarter, which is getting ready for the season. Obviously, the planting season, things are going well. So I think the U.S., assuming the weather patterns hold, should have a very, very good season."] <br><br> *So U.S., North America, all good. I would say, in Europe, Northern Europe, we're gearing up for the season once again. Northern Europe is in pretty good shape. . . . But Europe,* | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br> **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br> **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | *overall, pretty good.* Southern Europe, a little dry. *Asia, India, we've talked about a number of times. We have channel inventory in India, so do other people in the industry. A couple of bad years of monsoon, rice acreage reductions that is hopefully turning around this year. So we should work our way through that as we go through 2023. . . . Latin America, Brazil, the North Mexico, all good, the south of Brazil and Argentina, I think it's been well documented, extremely dry in Q4 and in Q1. That has continued.* Argentina being the worst impacted. So I would expect channel inventories in Argentina or in the south of Brazil as we go through this season will remain elevated. . . ." | | | | | Omissions (*see* p. 27). |
| 403 | 8-21; 22; 24-25; 22 n.15; 23 n.19; 23 n.21; 23 n.23; 24 n.25 | Mark A. Douglas, May 18, 2023, BMO Capital Markets Global Farm to Market Conference | *"First of all, there is a very strong patent estate around these products. The composition of matter patents for one of the main molecules came off last year. However, there are numerous process patents, et cetera, that follow on from that, that allow us patent protection in some countries through 2029. What we did was also apply for more registrations."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 403 | 8-21; 24-25; 22 n.15; 23 n.19; 23 n.21; 23 n.23; 24 n.25 | Mark A. Douglas, May 18, 2023, BMO Capital Markets Global Farm to Market Conference | So for a generalist in this industry, it's one of the most regulated industries in the world, and you cannot sell a product without a registration. And that registration basically says you can sell this product at these rates, application rates on this crop in this geography, and you can't sell without that. What we've done is applied for more registrations for these products around the world on different crops in different geographies. *So we still have a long runway of registrations to come. Something like 60% to 70% of the registrations we have, there is an additional amount to come. So we know we have a runway of taking share in markets where the products are not currently registered. That's good for us."* | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 403 | 8-21; 24-25; 22 n.15; 23 n.19; 23 n.21; 23 n.23; 24 n.25 | Mark A. Douglas, May 18, 2023, BMO Capital Markets Global Farm to Market Conference | "It's good for the industry. The second piece is really ==the insecticide market is about a $16 billion market around the world. And there are some older chemistries that are losing their registrations around the world. Now when a product is removed from a registration, it means you can't sell it but the grower still needs products to sell — to buy to take the pests away. So== we're taking share from a lot of the older chemistries. So I think sort of the mid to longer-term growth rate for these types of products are in the mid-single-digit range. I do see the fact that those molecules are very large now. I mean ***Rynaxypyr is one of the largest molecules in the world***. *You're reaching the law of big numbers. So mid-single digit for a $2.1 billion portfolio is a good growth rate. We believe that will continue as we — as I said, take the registrations, take market share from older chemistries.*" | ✓ | ✓ | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19).<br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27).<br><br>**Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); Material Omissions (*see* pp. 25-26). |
| 407 | 8-21; 24-25; 22 n.18; | Mark A. Douglas, | "So first of all, when we talk about supply and technical-grade diamides to | ✓ | ✓ | ✓ | | Defendants Misrepresented or |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | 23 n.22 | August 3, 2023, 2Q 2023 Earnings Call | our partners, think of us as essentially a raw material supplier. So they're treating as a raw material supplier, the same as we're treating our raw material suppliers. So it's nothing more than that. It is a simple case of they obviously have demands on their inventories that they're having to reduce, and we are part of that. We do that to our own suppliers and are doing it right now. So you see that. *From a demand perspective, we don't think their demand is slowing down at all, neither [is] ours,* as we just commented on." | | | | | Concealed Material Facts (*see* pp. 16-19). **No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 408 | 8-21; 24-25; 22 n.15; 23 n.19 | Mark A. Douglas, August 3, 2023, 2Q 2023 Earnings Call | "To the second part of your question with regards to competition in the U.S., we've seen competition for some time in many parts of the world with the diamides. What we do know is that our branded products and the new introductions that we're making of new formulations are moving the needle. *In other words, we're not selling the same products that we were selling 5 years ago. We're selling more sophisticated, higher- concentration formulations to our current customers. So where generics are coming in with a certain type of product, we're not selling those products anymore. We're selling something completely different.*" | ✓ | | ✓ | ✓ | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). **Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). **Not Puffery**: Must Be Considered in Context (*see* p. 25); Statement of Objectively Verifiable Fact(s) (*see* p. 26); |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstatement or Omission | PSLRA Safe Harbor[2] | Nonactionable Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Material Omissions (*see* pp. 25-26). |
| 409 | 8-21; 24-25; 23 n.19; 23 n.23 | Mark A. Douglas, August 3, 2023, 2Q 2023 Earnings Call | "Listen, generics play a major role in the marketplace. They have been around and they are around. ***We don't necessarily play in a lot of those markets.*** It's not to say that the markets they play in are not valuable, they are, ***but we don't have a lot of generic pressure in a lot of our product lines, mainly because of how we differentiate through either new active ingredients or new formulations that we bring to market.*** So I expect the generic market to get more competitive, but we don't play in that space." | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Material Omissions (*see* p. 23); No Meaningful Cautionary Language (*see* pp. 23-24). <br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |
| 411 | 8-21; 24-25; 22 n.18; 23 n.22 | Mark A. Douglas, August 3, 2023, 2Q 2023 Earnings Call | "Yes. 2015, you've got to remember back to 2015. It seems a long time ago now, but that was a particular event in Brazil. It was both inventory, it's currency impact. And it was, again, that scarcity of products leading into that. ***I think this is different in the sense of it's broader and it's happening much faster. In other words, the decreases we're seeing on a quarterly basis right now, they're much more extreme than they were before. . . .So I don't necessarily look back on Brazil as a proxy for what is happening today.***" | ✓ | ✓ | ✓ | | Defendants Misrepresented or Concealed Material Facts (*see* pp. 16-19). <br><br>**No Safe Harbor**: Present/Historical Fact Statement / Mixed Statement (*see* p. 22); Mixed Statement/Material Omissions (*see* p. 23); No Meaningful Cautionary Language |

| AC¶ | Addressed Defendants' in Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | No Well-Pled Misstate-ment or Omission | PSLRA Safe Harbor[2] | Nonaction-able Opinion[3] | Corporate Puffery | Plaintiffs' Response[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *(see* pp. 23-24).<br><br>**Not Inactionable Opinion**: False or Misleading Fact Statement (*see* pp. 26-27); Material Omissions (*see* p. 27). |