## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE* **FMC CORPORATION SECURITIES LITIGATION** | Case No. 2:23-cv-04398-KNS |
| **This Document Applies To:**<br><br>**ALL ACTIONS** | <u>CLASS ACTION</u> |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, _____, upon consideration of Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws (ECF No. 30), Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 36) and Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' opposition thereto, Defendants' reply, and any and all papers submitted by the parties in support of or in opposition thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 36) is **DENIED**.

BY THE COURT:

_____
The Honorable Kai N. Scott
United States District Court Judge