## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION | No. 2:23-CV-4398-KNS |
| | CLASS ACTION |
| This Document Applies to: | |
| ALL ACTIONS | |

### ORDER

AND NOW, this 10th day of December, 2024, upon consideration of the Uncontested Motion of Defendants FMC Corporation, Mark A. Douglas, and Andrew D. Sandifer (collectively, the "Defendants") for Leave to File a Brief in Excess of Page Limits, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____
The Honorable Kai N. Scott