**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| *IN RE* FMC CORPORATION SECURITIES LITIGATION <br><br> _____ <br><br> **This Document Applies to:** <br><br> **ALL ACTIONS** | No. 2:23-CV-4398-KNS <br><br><br> <u>CLASS ACTION</u> |

**REPLY DECLARATION OF DANA M. SESHENS IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Dana M. Seshens, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted *pro hac vice* before this Court, and I am a partner of the law firm Davis Polk & Wardwell LLP, counsel for Defendants FMC Corporation ("FMC"), Mark A. Douglas, and Andrew D. Sandifer (collectively, "Defendants") in the above-captioned matter.  I submit this Declaration in further support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2.      Attached hereto as Exhibit 1 is a summary table reflecting Defendants' arguments from their opening brief that address each confidential former employee statement alleged by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          December 13, 2024

                                   By:   */s/ Dana M. Seshens*
                                         Dana M. Seshens