## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of December, 2024, a copy of the foregoing

was served via ECF on all counsel of record.

Dated:      Philadelphia, Pennsylvania
           December 13, 2024

*/s/ M. Norman Goldberger*

M. Norman Goldberger